WR-70,885-11

March 23, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 15 2015

Abel Acosta, Clerk

Texas Court of Criminal Appeals
Attn: Abel Acosta, Clerk
P.O. Box 12308, Capitol Station
Austin, Texas 78711 000

Re: Gutierrez V. State of Texas, Permission For Out of Time, (PDR) Petition Review: No. 04-08-00655-CR; Tr. Ct. No. 2008-CR-1186, Fourth Court of Appeals Erroneous Findings, due to 290th Bexar District Court Official Misconduct.

Mr. Acosta:

Greetings Sir, At best, enclose your office will Afind A copy, (TRAP 68.4) brief with Attached fourth court of Appeals opinion And mandate, And other questionable fourth Court of Appeals Records to Specifically Support (PDR) Arguments.

On A Seperate cover, I have Attached Several questionable fraud And forged City Magistrate And State Court Records to Show cause And Prejudice that - (TRAP 44.2 (C) 1-5) Presumptions Never occured, As (A) will detail explain in legal lay-man terms. (A) hereby has Specific (TRAP 44.2 (a)) Standing, And Petitions the above honor- -Able Court of Appeal under the PLAIN ERROR doctrine to fully examine (A)'s (8TH) And (14TH) Const verified Complaints in the Absolute Interest of Justice And fairness. (i.e., CCA harm Analysis Review.)

Please At your earliest convenience, Present to the (CCA) Court, enclosed State Court Miscarriage of Justice Records And brief.

If for Any reason, you may have Any Specific questions, concerning my (PDR) brief, Contact me through the Segovia Unit Law Library.

Respectfully Submitted,

X _Jose Gutierrez_
PRO SE, Appellant
# 1523604, Segovia Unit

Return Address:
Jose Gutierrez # 1523604
Segovia Unit, Cellbox C2-64
1201 E. El Cibolo Rd
Edinburg, Texas
78541

(1 of 1)

Re: (PDR) Brief Statement of Case and Statement of Verified Facts to Establish Bexar County - 290th - District Court Prevented Miscarriage of Justice, And Fourth Court of Appeals Erroneous Findings and Denial of TRAP 44.2(a) Cons't Harm Analysis That Has Substantial Had Injurious Effects Towards Appellant, Verified (8th) And (14th) Violations.

Your Honor, I am deeply Frustrated and mentally drain, due to the Abuse And Concealment of (A) Habeas Complaints. Enclose you will find Appellant's, Pro Se, (PDR) brief with Possible erroneous Fourth Court of Appeal Findings And Opinion Mandates.

Also, on A Separate Cover, (A) has enclosed all forged fraudulent fabricated City Magistrate Court Records[①], And all Above, State district Court Cause No. 2008-CR-1186, to Show Cause and Prejudice Miscarriage of Justice Findings. In All Truth, (290th) Bexar County Court had Absolutely No Subject - Matter - Jurisdiction to impose Unlawful (08-06-08) Judgement/Sentence, Since No Evidence, Probable Cause, Criminal Complaints were ever filed with Any City Magistrate Court Commissioner. The whole Cause No. 2008-CR-1186, is A Sham and was Knowingly And Intentionally fabricated, by A Corrupt Sinister former Bexar County (DA) Official, who was Also Appointed A my State Public Counsel, (Shaughnessy, SBN# 18134500), to Cover-up his own participant of (A)'s Nov 24, 2007, City Magistrate fraudulent Charge entries into the Bexar County (CJIS). In order to Substantiate (A)'s Verified (18 U.S.C. § 241 § 242) Claims has Provided for the-CCA-Court Records, (A)'s Newly discovered (FBI) # 853779EB7, Part 5, entry 16 and 17, finger-print/Photo I.D. Records, to support (A)'s (8th) And (14th) Complaints - Currently Under Investigation by FBI Agent, Rock Stone, State Court - Public Corruption division. (A) Now Seeks Justice Review Under - Possible: TRAP 44.2 (A); 66.3 (b)(c)(d)(f); 72.1; 73, extraordinary matter[②] relief in the Absolute interest of Justice And Fairness. This Allege Verified State Miscarriage of Justice 11.07 matters Should have been immediately investigated At Cause No. 2008-CR-1186W2, 11.07 Review. Due to the erroneous bias 11.07 Court ruling, (A) Has Substantially Suffered Substantial (8th) And (14th) Injurious Effects And Unbearable (8th) Amendment 85 mos., Unlawful imprisonment, due to Corrupt 11.07 Findings and Bexar County Courthouse Official Misconduct.

Footnote ① : Subjection (A)
    Part 1-6, enclosed.

J.A.G
(1 of 2)

Footnote ② : Art 44.43
Writ of Error Standard.

Monday, 23, March, 2015

For said Variance Justice Reasons, and due to (A)'s limited legal knowledge and ineffective prison law library legal assistance, and as authorize - (Bound v. Smith, 430 U.S. at 817, 97 S. Ct 1491) - (A) seeks pro se legal understanding scrutiny court consideration.

Furthermore, (A) suffers a medical disability of severe pain of Carpal Tunnel Syndrome injury, due to the excessive hand-written State/Federal motions, briefs, trying to obtain warranted (8th) and (14th) habeas relief. As a Texas prisoner - it has been greatly difficult to obtain requested discovery court records, due to this unbearable false imprisonment circumstances, and abandonment by all Bexar County court officials, due to pending civil liability. THERE absolute no reason for this great injustice should have occurred, but was simply retaliation, by the Bexar County (DA) office, for my prior rejection of a State plea agreement of (45) years, in exchange for my compel guilty plea, Cause No. - 2006-CR-7634, that was dismissed, July 2007.

THERE with a clear sound mind, please examine all enclosed fraudulent city and state court records, to include (A)'s enclosed (FBI) records, that were intentionally excluded, - Cause No. 2008-CR-11864JY, 11.07 habeas to the Fourth Court of Appeals.

Your integrity and ethical court services are deeply appreciated.

Respectfully submitted,

X _Jose Gutierrez_
Unlawful Texas Prisoner
# 1523604.

UNSWORN DECLARATION
— (28 USC § 1746) —

Texas Prisoner, Jose A Gutierrez, t.d.c.j #1523604, presently illegally confined at the Segovia Unit, Hidalgo County, Texas, under false fabricated Bexar County DWI charges, attest all enclosed records and statement of facts are true and correct as best to my immediate knowledge.

Executed on this 23nd day of March, 2015.

CC: Files; U.S. dept of Justice
Civil Rights (OIG), Washington D.C.;
TEXAS CCA Jurists of Law;
Citizens Against Corrupt Justice C80.

X _Jose Gutierrez_
Texas Prisoner
#1523604

J.A.G
(2of2)

NO._____

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

JOSE ALBERTO GUTIERREZ,
T.D.C.J. #1523604, Pro Se,
Appellant,

V.,

STATE OF TEXAS, Appellee.

FROM APPEAL NO. 04-08-00655 CR,
Tr. Ct. No. 2008-CR-1184
BEXAR COUNTY, TEXAS

FIRST MOTION, OUT OF TIME APPEAL, (PDR),
REVIEW, IN THE ABSOLUTE INTEREST OF JUSTICE
AND FAIRNESS 000 HARM ANALYSIS EFFECTS.

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Respectfully, Comes Now, Jose A Gutierrez, Petitioner,
and files this motion for (PDR) Review, At best to Petitioners, Pro Se,
Legal Ability and Understanding. In support of this (PDR) brief with
supporting material evidence, Appellant shows the Court the following:

. I .

THE Above Petitioner was wrongfully convicted in the 290TH DISTRICT
COURT OF BEXAR COUNTY, TEXAS of the offense of - (DWI) - CAUSE NO.
2008-CR-1184, State of Texas vs. Jose Gutierrez. Petitioner, Pro Se,
Appealed to the Court of Appeal, FOURTH SUPREME Judicial DISTRICT.
CASE was Affirmed on OCT 15, 2008.

CASE NO. _____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

APPLICATION CONCERNS OUT-OF-TIME APPEAL
FOR PDR 11.07 REVEIW, RULE 68.

NAME: Jose Alberto Gutierrez

D.O.B: 03-19-69

PRISON: Segovia Unit, Edinburg, Texas

TDCJ: # 1523604 — Questionable, see enclose (FBI) Records

SID: 05311734 — 05315445 — FBI NO. 859779EB7

A. CONVICTING COURT: Bexar Co., 290TH, State district court

B. CAUSE NO: 2008-CR-1186

C. TRIAL JUDGE: Sharon Macrae

D. STATE APPOINTED COUNSEL: ① John Neri; ② Ed, Shaughnessy III, — SBN # 18134500, Appeal Counsel, A. Moore, Public defender

E. DATE OF STATE JUDGEMENT: 07-11-08, sentence, 08-06-08

F. OFFENSE: Questionable Fabricated DWI offense, 11-23-2007

G. PLEA: 07-11-08, forced plea under duress, on false probation legal advice appointment — guilty — open plea bargain

H. STATE TRIAL: No jury

I. STATE APPEAL: No. 04-08-00655-cr, denied, Oct 15, 2008

"CAUTIOUS, CCA NOTATION": (A) was not able to file warranted (PDR) review due to state prison mailroom impediment, during (2008) State-wide cell-phone contraband investigation. (A) Never received, attached copy of (11-06-08) Fourth Court of Appeal court order for extension of time to file motion for rehearing, concerning serious (TRAP 44.2 (A)) injustice, and State trial court erroneous perverted findings, TRAP 44.4 (A)(1). TRAP 66.3 (6)(c)(d), may apply, under exclusion of favorable evidence to show city & state court criminal misconduct to obtain (void) Judgement/sentence. (Giglio V. U.S, 405 U.S 150) Falsified evidence.

# TABLE OF CONTENTS

INDEX OF AUTHORITIES ooooo

STATEMENT OF CASE ooooo

STATEMENT FOR ORAL ARGUMENTS ooooo

STATEMENT OF PROCEDURAL APPEAL HISTORY ooooo

GROUNDS FOR REVIEW ooooo

ARGUMENTS AND AUTHORITIES ooooo

PRAYER FOR RELIEF ooooo

CERTIFICATE OF SERVICE oooooo

## INDEX OF AUTHORITIES

CASES:

AUTHORIZATION REVIEW; TRAP RULES, 44.2(a); 66.3(b)(c)(d); 31.2

Cuyler v. Sullian, 446 U.S. 335 (1980) oooo 6

Giglio V. U.S. 405 U.S. 150 (1972) oooo 6,9

Amadeo, V. Zant, 486 U.S. 214 oooo 8

Strickland V. 466 U.S. 648 (1984) oooo 6

Walberg V. Ireoul, 766 F.2d 1071 oooo 9

Porter V. Singletrof, 49 F.3d 1483 oooo 8

Herrera, 506 U.S. 390 oooo 8

CASES:

U.S. V. Cotton 122 S. Ct 1781 ....8

Ex-Parte Tuley 109 SW3d 388 ....13

Ex-Parte Elizondo, 947 SW2d 202 ....13

Ex-Parte Evans, 690 SW2d 274, 276 ....10

Rodriguez v. State, 899 SW2d 658, 666 ....10

Hill V. U.S at 58 ....10

Ex-Parte Moussazadeh, 64 SW.3d 404, 410 ....10

Ex-Parte Mowbray, 943 SW2d 461 ....0

Ex-Parte Wilson, 716 SW2d 953 ....0

Ex-Parte Moffett, 542 SW2d 184, 186 ....c

<u>VERIFIED STATEMENT OF CASE AND FACTS</u>
<u>"PLAIN ERROR DOCTRINE"</u>

<u>APPEAL POINTS OF ERROR, UNDER, "PLAIN ERROR DOCTRINE":</u>

APPARENT FOR THE RECORD, ON OR ABOUT, OCT. 15, 2008, FOURTH COURT OF APPEALS ISSUED – (QUESTIONABLE) – ERRONEOUS COURT OPINION MANDATE TO DISMISS UNDER, Tex. R. APP. P 25.2 (d), ON QUESTIONABLE ERRONEOUS – R. 25.2(a)(2) Plea bargin trial certification that Never Occured, and should have Never been Accepted for said reasons below, due to bias flagrant INEFFECTIVE state trial and Appeal Counsel representation. Therefore, at best to My immediate legal standing, TRAP 25.2 (d) should have Never Applied: (See evidence, Subsection (B) Page 8, Plea Admonishments.)

① WORDS OF CAUTIONS;
IN A NUTSHELL, ON 07-11-08, State Prosecutor, Never Compromise or Advice Appointed Counsel, (Shaughnessy, SBN# 18134500), OF ANY WARRANTED eligibility for (DWI) Art 42.12 Sec 13 Probation, Or Maximum, (REPEATER) enhancement, MAXIMUM (20) twenty years Punishment. (A) ON, 07-11-08, Never Accepted Or Applied for ANY, CAUSE NO. 2008-CR-1186, Sham DWI Probation to Justify the Punishment recommended by the Prosecutor and Agreed by the defendant. (A) was INTENTIONALLY deceived and Mislead to believe A genuine – (Habitual) – enhancement Life Sentence was IN placed, when in truth (A) was only a (Repeater) Offender. (A) was Continually threaten and harassed to believe A Auto-matic Life Sentence would Occur Prior to the Accepting OF Compel guilty Plea, Court Never Admonished – (Art 26.13 (2)) – Allow (A) withdraw (D)'s Compel guilty Plea. (i.e., Absolutely NO State (DWI) evidence to support Cause No. 2008-CR-1186.) See enclosed, DPS Administrative hearing response, Subsection (A) page 17.) QUESTIONABLE (8TH) AND (14TH) VIOLATIONS.
(A), has repeatedly Address WARRANTED – (R 44.2 (a); 73); extra – ordinary matters, (R 72.1), CAUSE NO. 2008-CR-1186 W4 to the fourth Court of Appeals, ONLY to (bc) Abandon and forwarded to the 186TH, bexar County Court who has Completely failed to Acknowledge, Verified – (FORKED) – City NMAH – # 954121 DWI –SHAM COURT entries INTO the bexar County Court (CJIS) and fraudulently Assign, CAUSE NO. 2008-CR-1186, without ANY Magistrate Court evidence, Probable Cause, or Criminal Complaint Arrest (Seizure) WARRANT Affidavits. For the Last (7) years, bexar County Court Officials continue to Conceal and tamper with (A)'s State Court Records to Cover – up (A)'s Nov 23, 2007, false Malice Arrest bogus Charges, NMAH 954121. Enclosed (FBI Records) Part 5, entry 16 and 17, Speaks volumes OF State Court Official Corruption AND Authorize (8TH) and (14TH) Amendment Violations.

RE: STATE COURT AND APPEAL STRUCTURAL DUE PROCESS ERRORS
(8TH) AND (14TH) AMENDMENT - CCA - RECOGNITION:

1.° Specifically, on or about, NOV 06, 08, Fourth Court of Appeals issued, (TRAP 49.8) Court order, Allowing Confine Appellant to Apply for R49.1 brief Rehearing within - 30 - thirty days. (See, enclosed - Attached - - Court order, Marked Exhibit, Pg. 4.)

Appellant, A offender within the t.d.c.j Prison System, As of Sept 19, 2008, And Confine, At the Willacy State Prison, At the time, was Never provided any NOV 06, 08, Fourth Court of Appeals Court order, Possibly due to State Prison mailroom reckless negligence And impediment, or due, to the State - wide Prison Cell-phone Contraband Investigation Lock-down.

Appellant was Seriously injured, by not receiving, NOV 06, 08, Appeal (R 49.8) Court order, in order to Challenge Verified - - (TRAP 44. 2 (a); (c)) - Const violation findings, As (A) will Specifically Address in this urgent extraordinary - (PDR) - Petition brief. (A) recently became Aware of the Above, NOV 06, 08, Court order, While inspecting his federal habeas Court Records. (A) was only Confine, At Willacy Unit, Less than, (3) months, due to A effective filed t.d.c.j grievance Complaint Against Units insufficient Access to Courts Law Library Standards. (A) was relocated to the Stevenson Prison Unit for the past (7) Seven years. Appellant/Offender Since his questionable, NOV 23, 2007, Malice false Arrest has Suffered A Verified, (8TH) And (14TH) STATE COURT MISCARRIAGE OF JUSTICE MISDEED, due to bexar County (DA) official Corruption Misconduct.[2]

2.° Specifically, on or About, OCT 27, 08, (A) Confine at the bexar County Jail,[1] and Mental deep desparation, files (R49.8) Motion for warranted extention of time, due to the Chaos during State - wide Prison Cell-Phone Lock-down Investigation. (A) had A very hard time reaching Unit Law-Library to Promptly Address Verified (R 73.1); (R 44.2 (a)); Issues at hand.

Footnote [2]: Enclose, Attachment fraudulent & forged City magistrate And State Court Records would Shew Abhorrent bexar County Court official Corruption ...

Footnote [1]: Correction, Confine At, Willacy State Prison.

POINTS OF ERRORS:

(ROOT-CAUSE ERROR);

3. • Specifically, on or about, Oct 15, 08, Questionably, the fourth Court of Appeals, erroneously Accepted a (R 25.2 (A)(2)), 290th Bexar County Court trial Certification. (i.e., on, July 11, 08, (D), was falsely Advice, by State Appointed Counsel, - (Shaughnessy, SBN# 18134500) - that the State (DA) had Compromised A recommended, (Art 42.12 Sec 13), eligibility DWI Probation Appointment that was Never made part of Cause No. 2008-CR-1186, Plea bargin Admonishment Record, or officially Negotiated on July 11, 2008, Questionable, Pre-trial Court hearing. (D) Never Applied or qualified for Any erroneous Misleading DWI Probation. (D) was intensely under Coerce restrain to Plead - (Guilty) - to Cause No. 2008-CR-1186 (DWI), or face A bogus (Habitual) enhancement Stamp placed on - (Fraud) - Rubber-Stamp Indictments Without Any Certified Criminal Complaints, or face Life Sentence, At Appellant's demanded State Court Jury trial. July 11, 08, was Never made part of Appeal Record.) THEREFORE, fourth Court of Appeals was intentionally Misinform And R 25.2(A) was Misapplied. (A), Asserts Absolute Standing Under Art 44.02 V.C.C.P Authorization And Should have Certified (R 26.2); (R 21.3 (b)(A)) findings, due to State Court deceptive Acts of official Misconduct. (A) was Never provided Art 26.13 V.C.C.P to Withdraw enforced guilty Plea under duress. (i.e., Ineffective Appeal Counsel.)

● CCA Court Notation: RE: " ABUNDANCE OF CAUTION"; 290th State Court Corruption. HONORABLE Jurists,

Enclosed, fraudulent forged City magistrate, And State - (290th) - Court Records, will Speak Volumes of City And State elected Court official Corruption And bias Misconduct to obtain A Unlawful (Forged) Sham Court Charges, in retaliation for the dismissal, Cause No. - 2006-CR-7634, Jul, 07, And (D)'s failure to Comply to A enforce, (45), forty year State Plea-bargin Agreement on false Accusations of Att/Agg. Assault Charges.

CASE HISTORY Court Appearances: 2008-CR-1186;

A. June 13, 08, (D) taken from the bexar Co. Jail And transported to the (290th) Court Undocumented on (D)'s 290th Court Appearance Log Sheet. Malice Appointed Counsel, (April 21, 08), Shaughnessy, Made A Unauthorize (8) year State Plea Agreement with bexar County (DA) Agent, Charles bunk without Any Notice or Consent by (D). (D) rejects Unauthorize (8) yr. Plea Agreement

CON'T: CCA COURT NOTATION,

A.     (D), Immediately Question 290TH District Clerk, As to the actual whereabouts of Assign State Judge, ~~Karen~~ MACRAE, due to the appearance of Visiting State Judge, PAT Priest, in Personal discussion with appointed counsel, Shaughnessy. (D) was advice by Court Clerk, MACRAE, was on Vacation Cruice. The above, June 13, 08, Mysterious Unexplainable does not appear on (D)'s 290TH Court Appearance Event Log. Counsel, Mr. Shaughnessy, became enraged, June 13, 08, At (D)'s rejection of Questionable (8) eight year Plea Agreement with Bexar County (DA), BUNK. (D) further question counsel Shaughnessy, exact whereabouts in the early morning, Nov 24, 2007, due his positive identity at the City magistrate holding cell area, And observed dress in A white County issued Judges Robe, at the exact time/date (D)'s Questionable fraud magistrate Court warnings and records – (Enclosed), At Subsection (A) pages 1–6.) (D)'s identity was Knowingly and intentionally – Forged – AND – Stolen. Sham NMBA charges 954121; 954122; were fraudulently and maliciously entered, Nov 24, 2007, early morning into the Bexar County Court CJIS System, fraudulently Assign to the (290TH) Court, Under cause No. 2008-CR-1186 DWI; 2008-CR-1187 Theft bogus charges. (i.e. Absolutely No Sworn Certified Affiant Probable cause, Criminal complaints, or magistrate Court Commissioner Arrest – (Seizure) – Warrant Affidavits were issued for (D)'s Nov 24, 07, false imprisonment Commitment into the Bexar County Jail, would establish (8TH); (14TH); Violations. Bexar County (DA) officials And City magistrate Court Administration Knowingly and intentionally, deliberately presented false Charge records to fraudulently Secure and Execute A fraud Judgement/Sentence, cause – No. 2008-CR-1186 (DWI), without Any State of Texas evidence or Charges. (See: Cuyler V. Sullivan, 446 U.S 335 (1980); Giglio V. U.S. 405 U.S. 150; 92 S. Ct 763, (1972), would Show deliberately presentment of falsified (Forged) Sham magistrate Court Charges. The Strickland Standard has Also been meet. Recognition of TRAP 44.2(A) Const violation findings. For the CCA Record: (A), hereby, has enclosed Actual Xerox Certified Copies for CCA Jurists Visual inspection, All fraudulent – (Forged) – magistrate Court Records, And fraudulent (290TH) State Court Records. Furthermore Upon the completion of enclosed (PDR), (A) will be immediately filing A – (18 U.S.C. 241 & 242) – Against All City And State, Bexar Co., Corrupt Administration with the U.S. dept of Justice Civil rights Offc.

Footnote ① ~ Ref:# S0090922499.
Counsel Shaughnessy Sworn testimony
State Bar of Texas grievance complaint.

Respectfully Submitted
Mr. Gutierrez
# 1523604 000

POINTS OF ERROR:

4. Specifically, on or about, Sept. 30, 08, Questionable Ineffective Assistance Appellate Counsel, A. Moore, Knowingly and Intentionally, directly, Misinforms Fourth Court of Appeals - (See enclosed PDR Exhibits, pg. 9:10) - Never Addresses Questionable, Fraud, July 11, 08, DWI Probation Legal Advice, As follows: On July 11, 08, After rejecting a June 13, 08, Enforced (8) Eight year State Plea - bargin in exchange for a Compel guilty Plea, (D) re-appears and is harassed - and threaten with a questionable Fraud - (HABITUAL) - Auto-matic Life Sentence, by Appointed Counsel, Shaughnessy, And former Prosecuting bexar County (DA) M. Skinner, Cause No. 2006-CR-7634, who Unsuccessfully Prosecuted (D) on false Charge Accusation and deceive (D) to plead guilty in exchange for a State (45) - forty-five year Sentence. (D) Under extreme duress and coercion was dupe to believe he was qualified for Art. 42.12 Sec 13 DWI Probation, As Advice, by Appointed Counsel, Shaughnessy. In Truth State (DA) Never Compromise or Advice Counsel of any DWI Probation, Art 42.12 Sec 13, Negotiations. (D) Never qualified or Applied for any State Court DWI Probation, or was (D) Legally Advice of any - (REAPTER) - enhancement Maximum (20) twenty year Punishment, Since (D) was under Assumption a Auto-matic Life was in effect. (See Also, Counsel Shaughnessy, deceptive, enclosed, 11.07 false (VOID) habeas State Court Acknowlegment, Subsection (B) exhibits, page 5, Sworn under the County Of Bexas.) Due to Counsel Vicious Lies And Corruption, (D) by forced Official Oppression was maliciously Sentence to (20) twenty years, due ineffective bias Legal Assistance And Legal Malpractice representation, and will be held Accountable under - (18 U.S.C § 241 § 242) Findings. Also, it should be Acknowlege to this CCA Court, Several Arrest incident Offence reports, and State Court Records have been tampered and Altered in order to officially - (CONCEAL) - (A)'s Verified, Nov 24 07, City magistrate Fraud Charge entry And Abduction. (N.d. @ (D)'s FBI No. 859779E07, enclosed Records, Parts - Questionable entries 16 and 17, Attached as State Court habeas exhibits, - Subsection (A), pages 7-14. See Also, Part 2, entry 7 and 8, false Charge DWI entry and Punishment without any State - (DWI) - evidence, Cause No. 2000 - -CR-3253, that Lead to (2) year Unlawful Punishment, And falsely increase (A)'s current Sentence / Punishment, 20 years! 8TH; 14TH; VIOLATIONS.

Footnote ① : Missing documented (290TH) Court Appearances.

Footnote ② : Habitual Stamp, falsely placed on Cause No. 2008-CR-1186 Indictment.

POINTS OF ERROR:

5. • Specifically, on or about, Aug. 28, 08, (D) is questionable, State Court Appointed - (A. Moore) - who was already fully-aware of (D)'s City Magistrate, and State Court (R 44.2 (A): C1-5) State Court miscarriage of fundamental injustice, and erroneous Appeal Court presumption. In all Truth, (290th) State Court had Absolutely - (NO MATTER SUBJECT JURISDICTION) - to impose 08-06-08 unlawful, Cause No. 2008-CR-1186, Judgement/Sentence. THIS IS PROHIBITED STATE AND FEDERAL CONST VIOLATIONS, due to bias Judicial misconduct. (See, (POR) brief exhibits Attachments, page 8.): I.d. @ Porter v. Singletary, 49 f.3d 1483, i.e, bias Judicial Misconduct; Herrera, 506 U.S. 390, Actual - innocence due to malicious Prosecution; U.S. v. Cotton, 122 S. ct 1781, Challenged State Court Subject - Matter - Jurisdiction Violations. TRAP R 26.2 (A)(1) Should have been recognized, At of 08-26-08, NOTICE OF JURISDICTION APPEAL ERROR.

6. • Specifically, on or about, Aug. 26, 08, (A), Pro se, immediately filed warranted - (NOTICE OF APPEAL) - Jurisdiction defect issues, Also After, 08-06-08, unlawful sentencing Punishment Court hearing, in Open - Court, (A), Petition (290th) Court for Permission to Appeal visible vicious void (290th) State Court injustice: (See R 33.1 (a)(1)); Questionable operation of Rule of Const Law violations, All (D)'s filed Pro se, Pre-trial Motions Neglected, by the 290th district Court, to Cover - up (D) Questionable, Nov 23, 2007, false malice Arrest incident, and was Prematurely condemn without ANY Sworn Affiant Probable Cause, Criminal Complaint, or magistrate Court Commissioner Seizure Arrest warrant Affidavits for SHAM: NMAG 954121; 954122 Charges.

ESTABLISHED, RULE 44.2.(a)(c); 66.3.(b)(d); PLAIN ERROR RECOGNITION TO APPEAL STATE - (BEXAR CO.) - 290TH DISTRICT COURT MISCARRIAGE INJUSTICE FINDINGS. 8TH AND 14TH AMENDMENT QUESTION OF LAWS.

CCA JURISTS: AT All Times, for Visual examination Purposes, Please, make Absolute reference to enclose Questionable - (FRAUD) - Subsection (A), pages 1-17, Verified Records concerning (A)'s NOV 23, 2007, fraudulent Charge entries and forgery of (A) City magistrate Court warnings NMAG 954121; NMAG 954122 SHAM Charge Records. ALSO, enclose, Subsection (B), pages 1-12, Questionable fraudulent State (290th Bexar Co.) Court Records, and Parole Commitment inquires. (i.e., Parole t.d.c.j Commitment records Not Available.

A. AFFIANT (290TH) BEXAR COUNTY COURT BIAS INJUSTICE FINDINGS; VERIFIED STATE (BEXAR CO.) COURTHOUSE CORRUPTION. 8TH; 14TH; ?

POINTS OF ERROR;

1. Specifically, ON or about, AUG 06, 08, (Δ) Appears for CAUSE NO. 2008-CR-1186, DWI Sentencing and UNLAWFUL PUNISHMENT without ANY Certified Magistrate Criminal Complaint or Sworn grand Jury bill of indictment. (Δ) questions, COUNSEL Shaughnessy, of forced guilty Plea Admission based ON falsify Probation Legal Advice ON July 11, 08. (Δ) hands Shaughnessy A Lay-man handwritten motion to withdraw Compel guilty plea based ON NO evidence, and false (Probation) Legal Advice. Mr. Shaughnessy becomes "ENRAGED" And walks to the 290TH bexar County Court reporter, possible to advice her to "Strike" the record. Shaughnessy, COUNSEL, disappears back into the (290TH) Judges Chambers, As Advice by (290TH) Court baliff, before the initial (290TH) Court Proceedings. At some time, after, (Δ) makes initial appearance before State Judge, Macrae, who seems visible upset, and questions, bexar Co. DA, DARYL HARRIS, if State was ready or had ANY questions before Sentencing (Δ) to the T.D.C.J. (DA) HARRIS, Stayed Silent, As he seem Aware of (Δ) INjustice And unlawful Conviction, as he tumb through (Δ)'s Arrest file. State Appointed, Malice Counsel, Shaughnessy Makes A Court recommendation, for warranted (10) ten year Sentence, due to (Δ)'s Age and Prior Criminal history, that was haughty rejected by, 290TH Judge, Sharon Macrae. State Judge, MACRAE, KNOWINGLY and INTENTIONALLY with Malice intentions, And without State Court Subject-matter-Court Jurisdiction, UNLAWFULLY imposes, (20), twenty year Sentence and Judgment, without ANY Certified Magistrate Court Commissioner Charges or Sworn true-bill, CAUSE NO. 2008-CR-1186, that was intentionally fabricated And Rubber Stamp. Walberg v. Isreal, 766 F. 2d 1071, bind State Court Judge findings; Giglio v. U.S, 405 U.S 150, deliberate presentation of false, forged, Court records, and evidence.

2. Specifically, ON or about, July 11, 08, (Δ), Presented before State Judge, Macrae, and questionably, former, bexar County DA, M. SKINNER, who un-successfully failed to Prosecute, CAUSE NO. 2006-CR-7634, And deceive, (Δ) to plead guilty IN exchange for A (45) year State Plea Agreement. DA, SKINNER, was in discussion with Counsel Shaughnessy, upon My Appearance in Court. Counsel Shaughnessy, Knowingly and intentionally, falsely Advices (Δ) that (State) will Seek A (HABITUAL) Auto-matic Life Sentence At (Δ)'s demanded Jury trial.

Footnote ①: Possibly frosted.

Footnote ②: EX-Parte Moffett, 542 SW 2d 184, 186. No Evidence.

CON'T POINTS OF ERROR:

2. Counsel Shaughnessy, deceives (δ) to believe — State — has Compromise a Negotiated DWI Probation, Art 42.12 Sec.13, if (δ) Pleads guilty, or face a Auto-matic-(Habitual) — Life Sentence At a demanded Jury trial. (δ) At no time qualified or applied for any type of Cause No. — 2008-CR-1186 DWI Probation. Under extreme harassment and threats of a Auto-matic (Habitual) Life Sentence, and under duress and Counsel Malice Coercion, (δ) was forced to plead guilty Admission on fabricated, Cause No. 2008-CR-1186 DWI Charges, with no evidence to substantiate NOV 23, 2007 Arrest Charges. (δ) Never provided a opportunity to withdraw Compel guilty void Admission, As recognized, Art 26.13 (A) Tex V.C.C.P. (i.e., forced void guilty plea Admission by way of State Appointed Counsel Legal Advice deception.) (δ) therefore did not make a voluntary, and — intelligent Plea of guilt. See, EX-Parte EVANS, 690 SW2d 274, 276 (Tex. Cr. App 1985); Rodriguez V. State, 899 SW2d 658, 666 (Tex. Cr. App. 1995); Hill, 474 — U.S. At 58; EX-Parte MOUSSAZADEH, 64 SW3d 404, 410 (Tex Cr. App. 2001).

3.° Specifically, on or about, June 13, 2008, Undocumented, 290TH bexar County Court Appearance before, (Retired), State Judge, Pat Priest. (δ) is transported from the bexar County Jail, and makes a Mysterious Undocumented Court — Appearance. Counsel, Shaughnessy, SBN# 18134500, Makes a Unauthorize (8) eight year State Plea Agreement without (δ)'s Consent with bexar County (DA) Charges bunk. (δ) immediately-(REJECTS) — Unauthorize State Plea Agree — ment, and demands for a impartial State Court trial, for questionable — fraud CAUSE NO. 2008-CR-1186. Shaughnessy, Now becomes enraged due to (δ)'s State Plea rejection, and repeated request to see all questionable-(Fraud) — NOV 23, 2007, City Magistrate Court records, enclose for this (CCH) visual Inspection. (δ) Without Answers, is return back to the bexar County Jail and falsely Imprisoned Intentionally.

CCH COURT RECORD: Under oath, (δ) Asserts, Counsel, Shaughnessy, SBN# 18134500, was positively Observed, early Morning hours, NOV 24, 2007, At the City Magistrate holding Cell Area, in a County white issued Judges Robe, At the exact time, all (δ)'s Magistrate Court Records (ENCLOSED), were knowingly and Intentionally forged and Fabricated. (RE: # S00909224499; # BODA:45353, State bar of Texas grievance — — findings.)

Footnote ①: Undocumented 290TH bexar County Court Appearance.

4. ° Specifically, on or about, April 21, 08, (D) previously filed, State bar - texas grievance against (Neri) States first appointed counsel, who failed miserably to promptly investigate (D)'s verified fraudulent city magistrate court charge, Nov 24, 2007, entries into the bexar County Court Justice Information System, and assign fraudulently cause no. 2008-CR-1186, without any sworn affiant probable cause, or criminal complaint affidavit findings.

On this date/time in the 290th district court, before Malicke, State Judge. Neri's motion for dismissal was rejected by the court, until (D) in open-court cited - (Strickland Standard) - Counsel Neri was immediately dismissed, as attorney of record. Maliciously, and in violation of V.C.C.P Art 26.04, and personally appointed counsel, Shaughnessy, SBN # 18134500, as next appointed counsel. Mr. Shaughnessy, is the actual person of interest at the city magistrate holding cell area, early morning hours, Nov 24, 07.

5. ° Specifically, on or about, Jan 30, 08, (D) for the first time ever, since his Nov 23, 2007 police false arrest incident - (S.A.P.D # 70904236/01) - is presented for (290th) State Court arraignment - (Art 26.03) - without any sworn Criminal Complaint Charges or true-bill grand Jury indictments.

(D) enters a not guilty plea, for a questionable fabricated add-on DWI charge, as visible verified at Subsection (B), page 12, enclosed CCA Court exhibits.) See entry 0006, co/defendant NMDH 954121 DWI.

6. ° Specifically, on or about, Jan 26, 08, (A) A Parolee #1177492, should have full-discharged, Cause no. 2003-CR-4123W, Sentence and questionable Judgement, but was never provided Jail-time Credit, from June 26, 2006 - Nov 09, 2007, After the dismissal of Cause no. 2006-CR-7634.

7. ° Specifically, on or about, Jan 16, 08, without any parole preliminary hearing, after - (D)'s Nov 23, 2007 malicious false arrest and bexar County imprisonment, (Region 4) falsely issued a questionable - (Blue Warrant) - which at all times (D) was already confine at the bexar County Jail, As of early morning hrs. Nov 24, 2007, under fabricated forged NMDH - 954121; 954122; magistrate Court Charges (See, EX-parte Cordova - SW3d - (TEX. Cr. App. no. AP-75, 771; Oct 03, 2007.)° See ALSO, enclosed parole Complaints.)

8. ° Specifically, on or about, Nov 24, 2007, Arrestee Gutierrez, with Absolute Confidence, observes a Strange County elected official, — — Edward Shaughnessy, SBN #18134500, roaming the City magistrate court holding cells, wearing a county white issued Judges Robe, at the exact time (D)'s identity was stolen and forged on enclosed - (Subsection - (A) pages 5,6) - City Magistrate Court Records, fabricated: NMBR 954121; NMBR 954122 Charges, this Abhorrent Acts of Injustice were Arbitrary and Unreasonable in violation of (D)'s 8th and 14th Amendment.

9. ° Specifically, on or about, Nov 23, 2007, (D) is arrested, and never provided any (DWI) Romberg field sobriety test or Charges, transported — to 401 S. Frio, City of San Antonio magistrate detention center, process — and placed in holding cell① with several other warrantless arrestees. Since (D) was injured and seeks to speak to a medical assistance for pain — killer reliefs, but was denied request. Arrestee never made a initial Tex. V.C.C.P. Art 15.17, Bond or Charge Court hearing, and was simply Abanden in a City magistrate court holding cell, injured. Without any magistrate court Charges, (D) was falsely committed and imprisoned Nov 24, 2007, into the Bexar County Jail, Possibly in retaliation for the recent dismissal of Cause No. 2006-CR-7634, July07, And (D)'s failure to accept a (45) year State plea Agreement while on active T.d.c.j parole #1177492. (See enclosed, FBI Records, Part5, entry 17, Exhibits, Sub(A) page 8.)

For the above Affirm, (8th) and (14th), City and State Court Administration Corruption findings, (D) seeks warranted due process Actual innocence relief to obtain warranted (11.07) State habeas Court evidentiary hearing in the Absolute Interest of Justice And fairness. T. d. ② 78 N P R 31.2 Authorization.

Absolutely No true bill of indictment, Cause No. 2008-CR-1186 due Charges were ever sworn at the Jan, term, A.D. 2008, 175th Court, No evidence, by reason of the introduction of Alcohol into his body findings (violation, Art 27.03 (11(3); 27.09 (1); 21.01; 21.02 (9); Miscarriage findings At © Crim Law — 1044.1 (7); Medrano v. State, 524 SW2d 719; Scott v. State, 543 SW2d 128; Indictment ~ 196 (5); Pollard v. State, 567 SW2d 11; Criminal Law — 1032 (5), Questionable Rule of Law violation findings.

Footnote①: Re-injured 1991 Lower back Surgery.

_CCA PRAYER AND RELIEF:_

WHEREFORE, premises considered, (A) seeks warranted due process and equal protection (8TH) and (14TH) Justice in the interest of Justice and fairness, and any other reasonable relief, due to Prose Appellant.

Respectfully Submitted,

X _[signature]_
Texas Prisoner
#1523604, Appellant.

_FINAL APPEAL COURT NOTATION:_
_HONORABLE JURISTS:_

due to the severity and injury towards Appellant, and upon final completion (CCA) investigation report, based on the visual examination of enclose fabricated fraudulent City Magistrate and 290TH State Court Records, and applying - (EX-PARTE TULEY, 109 SW3d 388 HN 1,2, 3,4,5); EX-PARTE ELIZONDO, 947 SW 3d 202, HN 1,2,5, 7,8, 9, findings, and enclosed Verified (A)'s FBI fingerprint / Photo i.d Records #859779687, Part 5, Entry 16, and 17, Suspicious findings, (A) Seeks immediate appointment of Counsel and investigator - to show cause and prejudice 290TH State court Corruption, and Official Misconduct findings.

UNSWORN DECLARATION
— (28 USC §1746) —

I, Unlawful Confine, Texas Prisoner, t.d.c.j #1523604, Confine at the Segovia Unit Prison Camp, Hidalgo County, Texas, Attest all specific case history facts are true and correct under the Absolute penalty of Perjury.

EXECUTED ON THIS 09 day of APRIL 2015.

X _[signature]_
Texas Prisoner
#1523604 ooo



# COURT OF APPEALS

| | FOURTH COURT OF APPEALS DISTRICT | |
|---|---|---|
| CATHERINE STONE | CADENA-REEVES JUSTICE CENTER | KEITH E. HOTTLE |
| CHIEF JUSTICE | 300 DOLOROSA. SUITE 3200 | CLERK OF COURT |
| KAREN ANGELINI | SAN ANTONIO. TEXAS 78205-3037 | |
| SANDEE BRYAN MARION | WWW.4THCOA.COURTS.STATE.TX.US | TELEPHONE |
| MARIALYN BARNARD | | (210) 335-2635 |
| REBECA C. MARTINEZ | | |
| PATRICIA O. ALVAREZ | | FACSIMILE NO. |
| LUZ ELENA D. CHAPA | | (210) 335-2762 |
| JUSTICES | | |

June 5, 2014

Jose Alberto Gutierrez
#1523604, Cellbox G-223B
Diboll Unit
1604 S. First Street
Diboll, TX 75941

RE:   Court of Appeals Number:   04-08-00655-CR
      Trial Court Case Number:   2008-CR-1186
      Style:  Jose Alberto Gutierrez
              v.
              The State of Texas

The Appellant's pro se letter dated May 23, 2014 in the above styled and numbered cause has this date been received.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262

*See other Letters of Inquiry - dated: May 07, 2014; Oct 17, 2014; Jan 06, 2015, Filed With the fourth Court of Appeals Clerk ooo (210) 335-2762, Appellant has been Intentionally Abandon on (T.RAP 44.2 - (A)(C) 1-5 - erroneous presumption findings.) All Fraudulent (Forged) City magistrate Court And State Court Records enclosed to show cause And Prejudice State Court Corruption findings, 8TH And 14TH USCA. Question of Laws. Seeks Writ of Error (Art 44.43) Review o*

(T.R: A.P 68.4 ATTACHMENTS)



# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-08-00655-CR

Jose Alberto **GUTIERREZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-1186
Honorable Sharon MacRae, Judge Presiding

## ORDER

The panel has considered the Appellant's Motion for Rehearing and the motion is dismissed for lack of jurisdiction. See Tex. R. App. P. 18, 19.

It is so **ORDERED** on May 13th, 2014.                    PER CURIAM

ATTESTED TO:

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court



Texas Offender Confined At the Willacy State Prison, on or About Nov, 2008, was Never Notify of Fourth Court of Appeals, Nov 06, 2008 Court Order. (enclosed Exhibits - pg 4.) Offender was very unaware of extention (R49.8) time to file for (R44.3 A) Rehearing within (30) thirty days, due to State Law Mailroom impediment error. Offender above suffered a (14th) Amendment due Process notice.



# COURT OF APPEALS

CATHERINE STONE
CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

May 13, 2014

Jose Alberto Gutierrez
#1523604, Cellbox G-2233
Diboll Unit
1604 S. First Street
Diboll, TX 75941

RE:    Court of Appeals Number:    04-08-00655-CR
        Trial Court Case Number:    2008-CR-1186
        Style:  Jose Alberto Gutierrez
               v.
               The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Jennifer Saenz
Deputy Clerk, Ext. 53221

*PDR* ④

*Court of Appeals*

*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

November 06, 2008

No. 04-08-00655-CR

Jose Alberto **GUTIERREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th District Court, Bexar County, Texas
Trial Court No. 2008-CR-1186
Honorable Sharon MacRae, Judge Presiding

## O R D E R

On October 15, 2008, this court issued an opinion dismissing this appeal pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure because the trial court's certification stated that the case is a plea-bargain case and the defendant has no right of appeal. On October 27, 2008, appellant filed a motion requesting an extension of time referring several times to an *Anders* brief. No *Anders* brief was filed in this case. Instead, the appeal was dismissed because the trial court certified that appellant had no right of appeal. In the absence of an amended certification signed by the trial court showing appellant had the right to appeal, rule 25.2(d) mandated the dismissal. *See* TEX. R. APP. P. 25.2(d).

Appellant's motion also refers to an extension of time in relation to a rehearing and an extension of time to file a PDR or petition for discretionary review. Because only the Texas Court of Criminal Appeals can grant an extension of time to file a PDR, *see* TEX. R. APP. P. 68.2(d), we construe appellant's motion as a request for an extension of time to file a motion for rehearing, and that motion is GRANTED IN PART. *See* TEX. R. APP. P. 49.8. Appellant's motion for rehearing must be filed no later than thirty days from the date of this order.

_Alma L. Lopez_
Alma L. López, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2008.

_Keith E. Hottle_
Keith E. Hottle, Clerk

④

⑤

CCA ⟨3A-30⟩ **Willacy State Jail**

NOTIFICATION TO COME BY MAILROOM
Willacy Unit

Offender: Gutierrez, Jose A.

TDCJ#: 1523604 Date: 10-20-08

The above Offender is required to come to the mailroom

10-21-08 8 71
(Date and Time)

Regarding the following matter:

\_\_\_\_\_ Questionable Correspondence

\_\_\_\_\_ Questionable Publication

\_\_\_\_\_ Package

\_\_\_\_\_ Legal, Special, or Media Correspondence

\_\_\_\_\_ Other

Offender
Signature _____ Date: _____

Notifying Officer
Signature _____

White Original — Return to unit Mailroom.
Yellow Copy — Give completed copy to Offender

800222-2292

(B) For some unknown reason, Offender confine at the Willacy State Jail never received, Nov 06, 2008, Fourth Court of Appeals Court order, and never filed warranted (R49) - motion for Rehearing to challenge veritivel - (Enclosed Records) - (R44.2(a)) substantial and injurious (8th) and (14th) Amend - violation findings. (Unit mailroom gross negligence findings.)

⑤





# COURT OF APPEALS

**FOURTH COURT OF APPEALS DISTRICT**
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

ALMA L. LÓPEZ
CHIEF JUSTICE

CATHERINE STONE
KAREN ANGELINI
SANDEE BRYAN MARION
PHYLIS J. SPEEDLIN
REBECCA SIMMONS
STEVEN C. HILBIG
JUSTICES

KEITH E. HOTTLE
CLERK

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

September 16, 2008

Jose Alberto Gutierrez
Sid No. 534734
Bexar County Adult Detention Center
200 North Comal Street
San Antonio, TX 78207

re:     Your application for a writ of habeas corpus seeking relief from final felony conviction
        under code of criminal procedure, article 11.07, (received on September 10, 2008); Trial
        Court Case No. 2007-CR-1186
                         *2008*

Dear Mr. Gutierrez:

        Your application for a writ of habeas corpus seeking relief from final felony conviction
under code of criminal procedure, article 11.07 has been forwarded to the 290th District Court,
Bexar County, Texas. This court does not have jurisdiction to rule on your application.

                                        Sincerely,

                                        *Diana T. Garcia*

                                        Diana T. Garcia, Deputy Clerk

_URGENT (CCA) NOTATION:_

* (D) Filed the Above habeas in Lay-man terms, TRAP 31.2, to Preserve R 33.1(a)(1)(A)(B) Review, that was maliciously disregarded by the (290TH) Court of Law And never filed ▇ Or Acknowledged by the State (290TH) Bexar County district Court, As A writ of Right that should never be disregard has officially Cost Offender — (8TH) And (14TH) Unneccessary Cruel And evil punishment ⊙⊙⊙ 89 mos. ⊙

* (D) filed the Above under Tex V.C.C.P. Art 1.08 And 1.09 Provisions / THE writ of habeas is A writ of Right And shall never be suspended! (8TH) And (14TH) Question of Law! State court (290TH) official Oppression And Abuse of Court Authority. (See EXPARTE SMITH, 185 SW3d 887°) HN 5  ⑥



# COURT OF APPEALS

ALMA L. LÓPEZ
CHIEF JUSTICE

CATHERINE STONE
KAREN ANGELINI
SANDEE BRYAN MARION
PHYLIS J. SPEEDLIN
REBECCA SIMMONS
STEVEN C. HILBIG
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

September 12, 2008

Jose Alberto Gutierrez
Sid No. 534734
Bexar County Adult Detention Center
200 North Comal Street
San Antonio, TX 78207

re:     Your petition for writ of habeas corpus, released for violation of due process in accords
        to CCP 15.17, 6th & 14th U.S.C.A (received on August 29, 2008)

        Your petition for writ of habeas corpus, dismissal due to illegal indictment/wrongful
        conviction (received on September 5, 2008)

Dear Mr. Gutierrez:

        Your petition for writ of habeas corpus, released for violation of due process in accords to
CCP 15.17, 6th & 14th U.S.C.A **and** your petition for writ of habeas corpus, dismissal due to
illegal indictment/wrongful conviction have been forwarded to the 290th District Court, Bexar
County, Texas. This court does not have jurisdiction to rule on your petitions.

Sincerely,

Diana T. Garcia, Deputy Clerk

Offender, Advice that No Certified Probable Cause, or Criminal Complaint,
(DWE) Charges ever Presented or Issued, by City Magistrate Court Commissioner,
Nov 23, 2007. All Nov 23, 2007 Magistrate Court Records Intentionally And
Knowingly (Rubber Stamp dated) And (Forged), As (D) Awaited in holding
Cell ① with several other Nov 23, 2007 warrantless arrestees, who all where
At some-time taken before A On-duty magistrate Judge. (D) who ▇ requested
to personally speak to the on-duty magistrate Judge for appointment of counsel,
due several Questions of malicious unlawful arrest issues & treatment.
No Criminal Complaint Charges ever Presented to Any Jan 08 sworn grand
Jury term, 175th, Bexar County district Court. (z.d.e enclosed subsection (A)
pgs 1-17.) ⑦





**Bexar County Appellate Public Defender's Office**

Heritage Plaza • 410 S. Main, Suite 214 • San Antonio, TX 78204
Phone (210) 335-0701 • Fax (210) 335-0707

July 22, 2008

Mr. Joe Gutierrez
SID #534734
BC Adult Detention Center
200 N. Comal
San Antonio, Texas 78207

Dear Mr. Gutierrez:

I am responding to your letter received July 16, 2008. After reviewing your letter, it is my opinion that you should file a Writ of Habeas Corpus. I am enclosing the paperwork necessary for you to accomplish this.

I am sorry that there is not more that I can do to assist you at this time, and hope that things will go better for you in the future.

Sincerely,

Angela J. Moore
Chief Appellate Public Defender

AJM/mb

RE:
(see, EX-PARTE BAKER, 185 SW3d 894)
HN 2000

URGENT - CCA notation: before (08-06-08) Unlawful Sentence/Judgment (290TH) district Court Proceedings, (D) above in despair wrote a letter asserting (Habeas) Recognition Relief. At best in Lay-man terms (D) filed with the (290TH) and Fourth Court of Appeals only to be neglected And (11-07) Application to be intentionally disregarded, by the (290TH) Court. None of (D)'s habeas Corpus were filed or Acknowlege by the (290TH) Court in violation of Art 1.09 V.C.C.P.)

(D), by Corrupt Bexar County (DA) misconduct was forced to plead guilty to fabricated (Forged) City magistrate (DWI) Court charges NMOA 954121 Co/defendant DWI, As verified At Cause No. 2008-CR-1187 (enclosed) Bexar County (CJCS) entry 004, NOV 24, 2007.

COPY
(see, SCFO 3.5)

① mail Anders Brief (pro-se)

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

OCT 30 AM 10: 32

**Bexar County Appellate Public Defender's Office**
Heritage Plaza • 410 S. Main, Suite 214 • San Antonio, TX 78204
Phone (210) 335-0701 • Fax (210) 335-0707

Keith E. Hottle
KEITH E. HOTTLE, CLERK

September 30, 2008

FILE MARKED
NOT A FILED COPY

Fourth Court Of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

RE: Jose Alberto Gutierrez v. State
Court of Appeals No. 04-08-00655-CR
Trial Court Case No. 2008-CR-1186

To The Honorable Court of Appeals:

<u>Relevant Facts</u>    July 11, 2008 - false Probation Legal Advice ○ /

Appellant pleaded guilty to the offense of Driving While Intoxicated 3D/M (repeater) in Cause No. 2008-CR-1186 on August 8, 2008 pursuant to a plea agreement with the State. Appellant was represented by attorney Edward F. Shaughnessy. Honorable Judge Sharon Macrae of the 290th District Court followed the State's recommendation and sentenced Mr. Gutierrez to twenty years in the Texas Department of Criminal Justice-Institutional Division (See attached Judgment and plea agreement).

On August 26, 2008, Appellant filed a Pro Se Notice of Appeal in Cause No. 2008-CR-1186. The notice did not contain the judge's certification of his right to appeal.

On August 28, 2008, Judge Macrae appointed the Bexar County Appellate Public Defender's Office to represent Mr. Gutierrez on appeal (order of appointment was received by the Public Defender's Office on August 28, 2008).

② intentionally, two (2) missing critical relevant facts and court dates are not presented and Fourth Court of Appeals has been misform to cover-up state court official misconduct and corruption findings ○

June 13, 08 - Appeared before visiting Pat Priest, and rejected a forced unauthorize (8yr) Plea agreement, made without my consent by state appointed counsel Shaughnessy, who became furious for rejecting questionable (8) yr. sentence plea agreement. Remark I would regret this day or offer upon the return - of state Judge Macrae, who was on a cruise vacation ○

⑨

July 11, 2008 — (MIRANDE) has return, (D) is intentionally misinform by Counsel that State (DA) M. Skinner has Compromise A elisible DWI probation Application for 6mos. (Tex V.C.C.P — (42.12 sec13) in exchange for my guilty Plea, or face A Automatic — questionable (Habitual) stamp Life Sentence At demanded — State Jury trial. Under Complete duress and torment (S) entered A guilt plea.

Page Two

Conclusion See : SHankle 119 SW3d 808, Change bargin case

The ~~undersigned attorney~~ has reviewed the electronic judicial records of this case and can find no right of appeal for Appellant. Mr. Gutierrez pleaded guilty to the offense pursuant to a plea agreement with the State, and the judge followed the agreement when sentencing him. Therefore, in accordance with Rule 25.2 (a) (2) of the Texas Rules of Appellate Procedure, this court has no choice but to dismiss the appeal.

Respectfully submitted,

"Alent" # Fonjeny #

Angela J. Moore
Chief Appellate Public Defender

Enc.

cc:     Judge Sharon Macrae
        290th District Court
        Cadena-Reeves Justice Center
        300 Dolorosa
        San Antonio, Texas 78205

        District Attorney's Office – Appeals Section
        Alan Battaglia, Chief

        Mr. Jose Alberto Gutierrez
        SID # 0534734
        BC Adult Detention Center
        200 N. Comal
        San Antonio, Texas 78207

MALICIOUS & VINDICTIVE PROSECUTION :

Footnote D : M. Skinner is the former bexar County (DA) who failed to success — fully Prosecute Cause No. 2006-CR-7634, and Conspired with Counsel to deceive (D) to Plead guilty to Cover-up City magistrate and State Court Miscarriage of Justice findings, (enclosed summary.) was Present, July 11, 2008.

**SUBJECT:** *State briefly the problem on which you desire assistance.*

CCA Jurists: RE: 290TH Bexar Co. Court Corruption; 04-09-2015 enclosed Subsection (A) AND (B) Court Records.

ON A Seperate Cover, Appellant has enclosed warranted Justifiable material evidence, (i.e., fraud and forged City magistrate and State (290TH) bexar County Court Records, that are very critical for Re-consideration to Appeal bogus Cause No. 2008-CR-1186 DWI.

Absolutely No evidence, or State Court charges indictment to warrant fabricated Cause No. 2008-CR-1186 DWI Charges.

Please, Visually inspect All enclosed fraudulent fabricated Cause No. 2008-CR-1186 DWI Charges. Thanks!

Name: Jose Alberto Gutierrez          No: 1523604          Unit: Segovia
Living Quarters: C3-64          Work Assignment: Medical UNASSIGN

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

2014

# Lawyer's sentence sends key message

It does not take much to undermine public confidence in the criminal justice system.

We all suffer every time a wrongful conviction is overturned due to prosecutorial or judicial misconduct, a lawyer or judge is caught up in public corruption scandals or — as we recently witnessed in Bexar County — a prominent indigent defense lawyer pleads guilty to defrauding the system.

Recently in Bexar County, a criminal defense lawyer admitted he bribed a judge in exchange for favors, and a state district judge, who had filed for re-election, resigned in the middle of that investigation.

The actions of few less-than-scrupulous people should not permanently taint our opinion of a massive system that includes thousands of hard-working individuals of high integrity, but they do. That makes it critical that cases involving members of the legal bar and the judiciary be prosecuted to the full extent of the law.

During this week's sentencing of Hilda Valadez, a former prosecutor turned defense lawyer, who pleaded guilty to forging judges' signatures and double-billing for her indigent defense work, her lawyer asked the court for leniency.

"If she were not an attorney, they would have offered her probation. We're not asking for anything different than what anyone else would get," the Express-News reported that her defense attorney Joe Hoelscher told Visiting Judge Stephen Ables before Valadez was sentenced to 10 years in prison.

That is not a valid argument. Valadez was a licensed lawyer when she committed her crimes; she had taken an oath to uphold the law and she knew better. She should be held to a higher standard.

Assistant District Attorney Patrick Ballantyne argued that the judge needed to send a message and help restore public faith in a courthouse that has a very dark cloud of corruption hanging over it, reporter Michelle Casady reported.

He is absolutely right. In a year when voters are faced with an unusually high number of contested judicial races, and voter apathy is rampant, we cannot afford to turn off more voters because they perceive the insider players are catching all the breaks.

CONFIRM — ( 18 U.S.C. 241 & 242 ) — ( City Magistrate Court and Bexar County Court (BB) Corruption and Public Record )

ENTRY FINDS TO INCLUDE FORGERY CHARGES ◎ ◎ ◎

Filed Internal Federal Complaint (18F 241 & 242) U.S. Atty S. Van Budget U.S. Atty M. Osborne FBI / R. Stowe

Court of Criminal Appeals ( with any prejudice - revocation ) meeting TX Bexar County Judgment July ◎ ◎ ◎

Texas

Case No. 2005-CR-1156 — No criminal charge filed

re:
State Commi-Judicial Conduct - CJC No. 09-1052AZ
(290th) Bexar County Judge (Principal)
— 2009 —

(CED F. Prohaska) ELBM 1853450 ◎
State-Comm-Judicia (Conduct)
re: CJC NO. 10-0063AS
CJC NO. 10-0063RT
Filed complaint 09-15-09

EXHIBIT 1.727.220.1001

ENCLOSE FRAUD (290TH) BEXAR COUNTY COURT RECORDS TO
SUPPORT MALICIOUS PROSECUTION CHARGES ◎ ◎ ◎

CAUSE NO. 2008-CR-1186-W2

| EX PARTE: | * | IN THE DISTRICT COURT |
|---|---|---|
| JOSE GUTIERREZ | * | 290TH JUDICIAL DISTRICT |
| APPLICANT | * | BEXAR COUNTY, TEXAS |

## STATE'S RESPONSE TO APPLICANT'S PETITION
## FOR WRIT OF HABEAS CORPUS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the State of Texas by and through its Criminal District Attorney, Susan D. Reed, and files this response to the Applicant's Petition for Writ of Habeas Corpus.

I.

The Applicant Jose Gutierrez has filed this petition for a post-conviction writ of habeas corpus pursuant to Article 11.07, § 3(a), Texas Code of Criminal Procedure Annotated (Vernon Supp. 2007). The State files this mandatory answer pursuant to Article 11.07 § 3(b), supra.

II.

The Applicant was convicted as a repeater of committing the offense of D.W.I 3D/M in Cause No. 2008-CR-1156-W2 and punishment was assessed at confinement for 20 years. His petition for a writ of habeas corpus was filed on June 19, 2009. The State was served by the District Clerk of Bexar County on June 24, 2009.

III.

The State generally and specifically denies each and every allegation of fact made by the Applicant and demands strict proof of same.

# CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the State would urge that the trial court ender an ORDER recommending the relief be denied.

Respectfully submitted,

SUSAN D. REED
Criminal District Attorney
Bexar County, Texas

KEVIN P. YEARY
Assistant Criminal District Attorney
Bexar County, Texas
Cadena-Reeves Justice Center
300 Dolorosa
San Antonio, Texas 78205-3030
SBN: 22149500
(210) 335-2734
(210) 335-2436-FAX

Attorneys for the State

Footnote ①;
Bexar County (DA) office;

(18 & 24 & 24 & 2) findings, to include, Tex. Penal Code Violations (A)(4)
Sec. 20.02 - Intentional Unlawful Restraint; Sec. 20.04 - Agg - Kidnapping; Sec. 32.46. Securing execution of document by deception; Obstruction of Justice; Sec. 37.03 - Agg Perjury; Sec 37.06 - Inconsistent Statements; 37.08 False Reports; Sec 37.09 - Tampering w/gov't Records; Sec 37.10 - Fabricating Cause no. 2008-CR-1156; 38.15 Interference with public duties; Sec 38.16 Preventing execution of (11.07) Civil Process; 38.171 - Failure to Report felony; Sec 39.02 - Abuse of office And official capacity; Sec 39.03 - Official oppression; 39.04 violation of civil Rights; Sec 39.06 - Misuse of official information, should be considered against, bexar county (DA) Kevin P. Yeary, And former (DA) Susan Reed, At their official capacity in the interest of Justice And fairness ⊙ ∞ ⊙ (8TH) & (14TH) Question of Law !



## CERTIFICATE OF SERVICE

I, Kevin P. Yeary, Assistant Criminal District Attorney, Bexar County, Texas, certify that a true and correct copy of the foregoing response was mailed to Jose Gutierrez, Stevenson Unit, 1525 FM 766, Cuero, Texas 77954, on this the 24th day of June 2009.

_____

KEVIN P. YEARY

State Obstruction of Justice & Official Oppression (18 U.S.C. § 241 § 242) Violations & Abuse of Office (91L) U.S.A. Misconduct of a Felony Injustice (91L) U.S.A. petition Construed to suffer great Injustice

Footnote ①: Person of interest in (D) Nov 23, 2007 City magistrate fraudulent charge entry Abduction, Lee Shaughnessy sworn testimony to State bar of texas investigator, Brown, asserts (D) magistroked by — At magistrate Carmen — Rojo, that are forged out Officially charged with by any sworn City After — (D) Nov 23, 2007

Aff. perjury / falsified Bexas

Nov 24, 2007. (D) never — any texas penal code violations magistrate Court Commissioner, illegally warrantless Arrest Case # Bobo # 45353, S0090922499, suspicious findings o o o

STATE OF TEXAS

COUNTY OF BEXAS

§

INTENTIONAL FALSIFIED VOID SWORN

§

NOTARY ACKNOWLEDGMENT 11.07 Verification.

## VERIFICATION

Before me the undersigned authority, on this day appeared Edward F. Shaughnessy, III, who after being duly sworn avers and attests to the following:

My name is Edward F. Shaughnessy, SBN No. 18134500. I am licensed by the Texas Supreme Court to practice law in the State of Texas, and have been licensed continuously since October of 1981. In the spring of 2008 I was appointed to represent an individual by the name of Jose Gutierrez who was charged by way of an indictment with the offense of Driving While Intoxicated, third offense. The indictment also alleged that Gutierrez had been on two prior occasions been convicted of the felony offense of Driving While Intoxicated. Consequently, Gutierrez was facing the possibility of a life sentence as a habitual offender (chronic drunk driver). falsify threaten Order (Habitual) enhancement Rubber-Stamp!

During the course of my conversations with my client it became very clear to me that he was in a state of denial as to the evidence that the State of Texas was capable of presenting if the case were to go to trial. He also was in a state of denial as to the legal consequences of the allegations in the indictment. I was eventually able to obtain an offer from the first-chair prosecutor in the 290th District Court that in exchange for the applicant's plea of guilty, he would recommend a sentence of eight (8) years in confinement in the Texas Department of Criminal Justice, Institutional Division. That offer was rejected by the applicant, against my advice, and was subsequently withdrawn by the District Attorney's Office.

The case ultimately was reset for purposes of a trial. The applicant was then set to be tried when the State made a second offer. On the day of trial the State of Texas offered and the applicant accepted an offer of a twenty (20) year "cap" wherein the applicant could apply for community supervision and the State could seek a sentence of twenty years. The plea was entered and the applicant applied for community supervision with a P.S.I. hearing scheduled. A pre-sentence report was created and a sentencing hearing was conducted. The applicant's application for community supervision was denied and he was sentenced to twenty (20) years by Judge Sharon MacRae in compliance with the plea bargain agreement.

At no time during my representation of the applicant did I advise him that the plea bargain was for six months of "drug treatment". The applicant was fully admonished by me as to the terms of the initial offer of 8 years. He was also fully admonished of the terms and consequences of the plea bargain that was ultimately accepted. Any claim that I advised him

July 11, 08, falsely advice of eligibility for (Tex. V.C.C.P 42.12 sec 13) DWI probation, exchange for guilty plea.

Footnote ②: no evidence of magistrate Court Charges o o o

Violation (Tex. V.C.C.P. Art 26.13 (A)(1)

(2).

Court does not Document June 13, 2008 (First Panel) Judge

July 11, 2008 Never applied or Qualified

Never Applied on Qualified For DWI (42.12 Dec 13) Probation July 11, 2008

Never Service of (Reporter) enhancements

Never Service of (Reporter)

that his plea bargain was for 6 months of drug treatment is a complete and total falsehood. It is delusional thinking on the part of a chronic drunk who regrets rejecting his offer of 8 years and is abusing the writ process in hopes of obtaining relief that he is not entitled to obtain. The applicant was fully admonished and indicated that he was fully aware of the terms of both the plea bargain that he rejected and the plea bargain that he ultimately accepted. Any assertions by him to the contrary are wholly perjurious, and should be treated as such.

SIGNED, this, the 5 day of November, 2009.

*Aff. Perjury Impeachment'*

E.F. Shaughnessy

Edward F. Shaughnessy, III

SUBSCRIBED AND SWORN TO ME by the said Edward F. Shaughnessy, III, on this the 5th day of November, 2009.

Barbara A. Greene

Notary Public

BARBARA ANN GREENE
MY COMMISSION EXPIRES
May 15, 2012

CCA - Appeal Notation:

Honorable Court:

Mr. Shaughnessy was maliciously Appointed, Personally by (290th) State Judge Mincae on (04-21-08) who violated (Tex v.c.c.p Art. 26.04).

June 13, 08 — (Δ) mysteriously transported from the Bexar Co. Jail to the (290th) State Court, undocumented, And Presented before Retired (Out Privat) State Judge. Shaughnessy made a unauthorize (8) yr State Plea without Any Notice or Consent, (Δ) rejects (8) yr Plea And demands open-trial. Shaughnessy becomes infuriated And remarks (Δ) would regret this day or Plea offer upon the return of State Judge (Mincae) who was out on A Cruise vacation.

July 11, 08 — (Δ) re-Appears before (Mincae) And former Bexar Co. (DA) M. Skinner, who unsuccessfully failed to Prosecute Cause No. 2006-cr--7634, And Coerce (Δ) to A (45) State Plea Agreement in exchange for compel guilty Plea. Case dismissed July 2007. Shaughnessy knowingly & intentionally deceives (Δ) to believe A genuine (Habitual) Life sentence existed, And threaten (Δ) to Plead guilty or face A Auto-matic Life sentence at demanded Jury trial. (Δ) Never Applied or qualified for Any Cause No 2008-cr-1186 Probation. (Δ) Under duress and harassment Pleaded guilty to Avoid A Conspiracy (Habitual) Life sentence impose by M. Skinner, Bexar Co (DA).



No. 2008CR1186

NO. NO. 2008CR1186

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| V. | § | 290TH JUDICIAL DISTRICT |
| JOSE ALBERTO GUTIERREZ | § | BEXAR COUNTY, TEXAS |

<u>COURT'S ADMONISHMENT AND</u>
<u>DEFENDANT'S WAIVERS AND AFFIDAVIT OF ADMONITIONS</u>

COURT'S ADMONISHMENTS:

OFFENSE:
**DRIVING WHILE INTOXICATED-3D/MORE - REPEATER**
DEGREE: **F2**
STATUTE: 49.09(B)PC
~~Repeater)(Habitual)~~

*Never Advice of (Repeater) Maximum (20) years! indictments fraudulently stamp (Habitual)*

You are admonished that if convicted of a Felony the following applies:

## 1. RANGE OF PUNISHMENT

All time is served in Texas Department of Criminal Justice.

_____ 5 years to 99 years or Life: Possible fine up to $10,000

**__X__ 2 years to 20 years: Possible fine up to $10,000**

_____ 2 years to 10 years: Possible fine up to $10,000 if the offense
occurred on or after September 1, 1994

_____ 2 years to 10 years: Possible fine up to $10,000 or up to 1 year in
a Community Correction facility (for offenses committed after
August 31, 1989 but before September 1, 1994)

_____ 25 years to 99 years or Life

_____ Other _____

## 2. PLEA BARGAINING

A recommendation of the prosecuting attorney as to punishment is not binding on the Court. The Court may accept or reject any plea bargaining agreement made between the State and the Defendant. If the Court rejects the plea agreement, the Defendant shall be permitted to withdraw the plea of guilty/nolo contendere and no statement or other evidence received during such hearing on the plea of guilty/nolo contendere may be admitted against the Defendant on the issue of guilt or punishment in any subsequent criminal proceeding.

*At all times during pro-trial court proceedings, (D) threaten and harassed with a fraudulent placed (Habitual) enhancement stamp, to deceive and force (D) to plead guilty ⊙ ⊙ ⊙ on July 11. 08 (D) never allowed to withdraw plea of guilt by force. (See Art 26.13 (A)) THIS Fraudulent Court Document not Binding towards (D).*

No. 2008CR1186

### DWI – 3RD OR MORE/REPEATER

### PLEA BARGAIN

I, the undersigned Defendant, together with my counsel and counsel for the State, agree that in exchange for the Defendant's agreement to plead guilty or nolo contendere, to allow the State to prove its case by means of written stipulations. The State may make recommendations regarding punishment; however, it is understood by all that even in the event the parties agree to recommend specific conditions and terms of community supervision or deferred adjudication or the length of supervision that such recommendations are not part of the formal plea agreement and are not binding on the Court. All parties understand and agree that the terms, conditions and length of supervision of community supervision or deferred adjudication are to be determined and assessed solely within the Court's discretion. It is further understood and agreed by the parties that in the event the Court assessed terms, conditions and or a length of supervision of community supervision or deferred adjudication different from those agreed to by the parties, that such difference shall not constitute grounds for setting aside the Defendant's plea in this cause. **If the court grants deferred adjudication, the State does not recommend any term of years as part of the plea agreement. All parties agree that if deferred adjudication is subsequently revoked, Defendant may be sentenced to any term of years within the range of punishment provided by law for this offense.**

It is mutually agreed and recommended by the parties:

_____Prosecution to proceed only on Count(s) _____Prosecution for lesser included offense of _____

__X__Defendant agrees that he has been previously convicted of one or more felonies for enhancement under 12.42 P.C.

_____Class A Misdemeanor punishment with State jail Felony Conviction under 12.44 P.C.

__X__Punishment to be assessed at ___20 (TWENTY)_____ years  TDC - CAP

__X__Fine $_2000.00_____

_____Affirmative Finding of Deadly Weapon or 3G offense, Defendant not eligible for supervision under CCP42.12,Sec.3

__X__There is no application for community supervision/deferred adjudication.

_____State will make no recommendation of Defendant's deferred adjudication/community supervision application. State reserves right to speak as to factual issues relevant to Defendant's punishment.

_____State opposes community supervision/deferred adjudication.

_____State recommends community supervision.

_____State recommends deferred adjudication.

_____Concurrent with: _____

__X__Causes taken into consideration: __2008CR1187 - THEFT $1500.00 - $20,000_____

__X__Restitution to be determined by the Court through the Community Supervision office or $_____

_____Payable to victim in this cause number only: _____

__X__Payable to victims under: ____2008CR1187 – ARTHUR ROSENBURG_____

__X__Other: ___2 YEAR TX. DRIVER'S LICENSE SUSPENSION, IGNITION INTERLOCK_____

### WAIVER OF APPEAL

I understand that upon my plea of guilty or nolo contendere, where the punishment does not exceed that recommended by the prosecutor and agreed to by me, my right to appeal will be limited to only: (1) those matters that were raised by written motion filed and ruled on before trial, or (2) other matters on which the trial court gives me permission to appeal. I understand that I have this limited right to appeal. However, as part of my plea bargain agreement in this case, I knowingly and voluntarily waive my right to appeal under (1) and (2) in exchange for the prosecutor's recommendation, provided that the punishment assessed by the court does not exceed our agreement. In addition, if and when I am sentenced to the Texas Department of Criminal Justice, Institutional Division on this case, I hereby request transfer to said institution.

_____          7·11·08          E.F. Shaughnessy_____
DEFENDANT                          DATE                COUNSEL FOR DEFENDANT

The above terms constitute our agreement, and there are no agreements not set forth above. The Defendant and Counsel request the Court to follow the plea bargain.

_____     E.F. Shaughnessy_____     _____
ASSISTANT DISTRICT ATTORNEY   ATTORNEY FOR DEFENDANT       DEFENDANT

NOTE: The parties are not allowed to make binding agreements regarding the length of community supervision or the terms and conditions of community supervision, which are totally dependent upon the Court's discretion. The following recommendations do not constitute part of the formal plea agreement. However, the (State) (both parties) make the following non-binding recommendations:

_____Community Supervision be granted for_____ years

_____Treatment Alternative to Incarceration Program

_____Hours Community Service

_____Days Electronic Monitoring

_____No contact with _____

_____Days in Bexar County Jail or State Jail (circle one)

_____Substance abuse treatment facility

_____Zero Tolerance Bootcamp or State Bootcamp Program (circle one)

Other Punishment recommendations: _____

_____



**CLERK'S ORIGINAL**

**Name:** JOSE ALBERTO GUTIERREZ

**Address:** 1706 KENDALIA, SAN ANTONIO, TX 78224

**Offense Code/Charge:** 540412 - DRIVING WHILE INTOXICATED 3D/MORE

FILED

_____ O'CLOCK _____ M

FEB 1 3 2008

MARGARET G. MONTEMAYOR
DISTRICT CLERK
BEXAR COUNTY, TEXAS

BY _____ DEPUTY

**GJ:** 480008          **PH Court:** 290          **Court #:** 290TH

**JN #:** 1270709-1     **SID #:** 534734          **Cause #:**

**Witness:** State's Attorney

**2008-CR-1186**

### TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS, the Grand Jury of Bexar County, State of Texas, duly organized, empanelled and sworn as such at the January term, A.D., 2008, of the 175TH Judicial District Court of said County, in said Court, at said term, do present in and to said Court that in the County and State aforesaid, and anterior to the presentment of this indictment, and:

on or about the 23rd Day of November, 2007, JOSE ALBERTO GUTIERREZ, hereinafter referred to as defendant, did operate a motor vehicle in a public place while the said defendant was intoxicated, namely: the defendant did not have the normal use of HIS mental and physical faculties by reason of the introduction of alcohol into HIS body; *"NO EVIDENCE" on City Magistrate Court Changed on* ○

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 11th day of JUNE, 1997, in cause number 651404 in the County Court No. 1 of Bexar County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated.

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 15th day of MARCH, 1995, in cause number 513195 in the County Court of Karnes County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated.

### ENHANCEMENT ALLEGATION

And it is further presented in and to said Court, that before the commission of the offense alleged above, hereafter styled the primary offense, on the 25th of SEPTEMBER A.D., 2000, in Cause No. 2000CR3253, in Bexar County, Texas, the defendant was convicted of the felony of DRIVING WHILE INTOXICATED 3RD OR MORE *Fraud Charge entry, See enclose FBI Records, Part 3, entry 7 #8*

Before the commission of the primary offense, and after the conviction in Cause No. 2000CR3253 was final, the defendant committed the felony of DRIVING WHILE INTOXICATED 3RD OR MORE and was convicted on the 5th day of JUNE, A.D., 2003 in Cause No. 2003CR4123W, in Bexar County, Texas;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
Foreman of the Grand Jury

## INDICTMENT – CLERK'S ORIGINAL

*Sham Rubber-Stamp Indictments ○ ○○*
*Have to different Certified Stamp Copies*
*Clerks and defendants copies ○○○*

DEFENDANT'S COPY

*(handwritten top:)* ④ False Testimony / Contradicting ⑩
    Deception of Prosecution

*(handwritten, left margin vertical:)* ① I'm Requiring to Examination / Re Date of Arraignment in Original (Promptness) Requires (Verbois 909 SW3d 149)

**EXHIBIT**

Ⓒ
1 of 1

Name: JOSE ALBERTO GUTIERREZ

Address: 1706 KENDALIA, SAN ANTONIO, TX 78224

Offense Code/Charge: 540412 - DRIVING WHILE INTOXICATED-3D/MORE   *"Aten."* #

GJ: 4~~30008~~   PH Court: 290   Court #: 290TH

JN #: 1270709-1   SID #:534734   Cause #:

Witness: State's Attorney

**FILED**
O'CLOCK M
FEB 13 2008
MARGARET G. MONTEMAYOR
DISTRICT CLERK
BEXAR COUNTY, TEXAS
BY
DEPUTY

**2008-CR-1186**

*(handwritten right margin:)* (See Backside) 000

TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS, the Grand Jury of Bexar County, State of Texas, duly organized, empanelled and sworn as such at the January term, A.D., 2008, of the 175TH Judicial District Court of said County, in said Court, at said term; do present in and to said Court that in the County and State aforesaid, and anterior to the presentment of this indictment, and:

on or about the 23rd Day of November, 2007, JOSE ALBERTO GUTIERREZ, hereinafter referred to as defendant, did operate a motor vehicle in a public place while the said defendant was intoxicated, namely: the defendant did not have the normal use of (HIS mental and physical faculties) by reason of the introduction of alcohol into HIS body; *✱ Vehicle on Private Property ① No Video "NO EVIDENCE"*

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 11th day of ~~JUNE 1997~~, in cause number 651404 in the County Court No. 1 of Bexar County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated. *Over 10 yrs Statute ①*

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 15th day of ~~MARCH 1995~~, in cause number 513195 in the County Court of Karnes County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated. *~~(...)~~ ① ① ②*

*(handwritten:)* Lesser offense; Automobile ~ 334 Never Final ①① (See Automobiles ~ 332 000

*(handwritten:)* ② Ex-Parte Rich, 194 SW3d 508,511   240 SW3d 882, 887 — False Judgement ①

**ENHANCEMENT ALLEGATION**

And it is further presented in and to said Court, that before the commission of the offense alleged above, hereafter styled the primary offense, on the 25th of ~~SEPTEMBER A.D. 2000~~, in Cause No. 2000CR3253, in Bexar County, Texas, the defendant was convicted of the felony of DRIVING WHILE INTOXICATED 3RD OR MORE *(HB57) ② (No Jurisdiction Peña) (Void) FALSE CHARGE! See FBI Records*

Before the commission of the primary offense, and after the conviction in Cause No. 2000CR3253 ~~was final~~, the defendant committed the felony of DRIVING WHILE INTOXICATED 3RD OR MORE and was convicted on the ~~5th day of JUNE, A.D. 2003~~ in Cause No. 2003CR4123W, in Bexar County, Texas;

AGAINST THE PEACE AND DIGNITY OF THE STATE.   *Falsified Enhancements See backside →→→ ③*

**JERRY E LARRUMBIDE**
Foreman of the Grand Jury

*(handwritten bottom:)* ② D.W.I; The offense of (operating) A motor vehicle in A Physically/mentally impaired) conditions After consuming enough (Alcohol) to Raise ones (√ Blood) (Alcohol) Content Above the Statutory Limit (.08%) ???

**HABITUAL**

CAUSE NO. 2008CR1187
OFFENSE: Theft $1500-$200
Vehicle

THE STATE OF TEXAS

VS.

Jose Gutierrez

IN THE _____ 290TH _____ COURT

OF

BEXAR COUNTY, TEXAS

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas by and through the Criminal District Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason:

- [✓] The Defendant was convicted in another case or count. 2008CR1186 *Never ...*
- [ ] In custody elsewhere.
- [ ] Old case, no arrest.
- [ ] Missing witness.
- [ ] Request of complaining witness.
- [ ] Motion to suppress granted.
- [ ] Co-Defendant tried, this Defendant testified.
- [ ] Insufficient evidence.
- [ ] Co-Defendant convicted, insufficient evidence as to this Defendant.
- [ ] Case reindicted / refiled.
- [ ] Complaining witness refused to testify.
- [ ] Other.

EXPLANATION:

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

Assistant Criminal District Attorney
Bexar County, Texas 24048538

## ORDER

The foregoing motion having been presented to me on this the __6__ day of __Aug__ ,A.D. 20__08__, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

JUDGE

290 District _____ COURT

BEXAR COUNTY, TEXAS

DA FORM 10975

Original - White: State's Copy - Pink: Defendant's Copy - Yellow

Date:03-23-2009     Time:1613     Term:DCCH     Oper:31748

***** Bexar County Criminal Justice Information System *****
- Event Log Display -

JN: 1270710   Juris Court: D290   Case Nbr: 2008CR1187   R S   DOB      LOC
SID: 0534734  Suff: 01  Name: GUTIERREZ, JOSE ALBERTO       L M 19690309  CLS

| | Code | Date | Description | Qualifier | CNC | Date | Term | Oper |
|---|---|---|---|---|---|---|---|---|
| 001 - | 1001 | 11232007 | FS 240407 THEFT $1500 TO $20,000 - VEH | 1 | 11242007 | A1BA | 30684 |
| 002 - | 1002 | 11232007 | COMPLAINT FILED | NM  954122 | 1 | 11242007 | A1BA | 30684 |
| 003 - | 1202 | 11232007 | BOND SET | 10000.00   00000001 | 1 | 11242007 | A1BA | 30684 |
| 004 - | 1013 | 11232007 | DEF MAGISTRATED | | 1 | 11242007 | A1BA | 30684 |
| 005 - | 6300 | 11232007 | ER2 RECV FROM DPS | | 1 | 11252007 | BATC | SYST |
| 006 - | 1102 | 11242007 | CO-DEFENDANT NUM  NM954121 "Fraud" | 1 | 11242007 | A1BA | 30684 |
| 007 - | 1101 | 11242007 | BOOKED | B20076375802 | 1 | 11242007 | A1BA | 30684 |
| 008 - | 0102 | 11242007 | AWTG INDICTMENT | | 1 | 11242007 | A1BA | 30684 |
| 009 - | 6402 | 11242007 | Offender record sent to VINE12707100011 | | 11242007 | NATU | 30684 |
| 010 - | 6403 | 11242007 | Charge record sentto VINE   12707100011 | | 11242007 | NATU | 30684 |
| 011 - | 1401 | 11272007 | GJ NUMBER ASSIGNEDGJ482827 | | 1 | 11272007 | DAAF | 09551 |
| 012 - | 2545 | 11272007 | INTAKE DA   00788656 | | 1 | 11272007 | DAAF | 09551 |
| 013 - | 4100 | 12142007 | MOTION FOR APPOINTMENT OF ATTORNEY | | 1 | 12172007 | DCCH | 33222 |
| 014 - | 2502 | 12242007 | DEF ATTORNEY APP  14915600 J. NENI | | 1 | 12242007 | SYS | SYS |
| 015 - | 4302 | 12242007 | ATTORNEY APPOINTEDV0939P2801 | | 1 | 01092008 | DCHD | 32505 |
| 016 - | 2066 | 12262007 | PRE-HEARING SET  D290 | | 1 | 11262007 | DCNN | 30284 |
| 017 - | 2545 | 01042008 | INTAKE DA  24045910 | | 1 | 01072008 | DAAF | 09551 |
| 018 - | 2525 | 01102008 | DA INVESTIGATOR  0711889 | | 1 | 01102008 | DAAF | 09551 |
| 019 - | 2068 | 01302008 | PRE-HEARING RESET D290 | | 1 | 12282007 | DCH3 | 16155 |
| 020 - | 4100 | 01312008 | MT FOR WORK RELEASE | | 1 | 02012008 | KKC2 | 33213 |
| 021 - | 4100 | 01312008 | MT FOR EVID FAVOR TO DEFENDANT | | 1 | 02012008 | KKC2 | 33213 |
| 022 - | 4107 | 01312008 | MOTION TO SUPRESS EVID & ILLEGAL ARRST | 1 | 02012008 | KKC2 | 33213 |
| 023 - | 1003 | 02072008 | EHN-HABITUAL | | 1 | 02072008 | DY75 | 15043 |
| 024 - | 1431 | 02132008 | INDICTED BY GJ | | 1 | 02132008 | KKA1 | 11804 |
| 025 - | 4301 | 02132008 | GRAND JURY REPORT V0944P2377 | | 1 | 02222008 | KKA1 | 11804 |
| 026 - | 1511 | 02132008 | DIST COURT ASSIGNDD290 2008CR1187 | | 1 | 02132008 | KKA1 | 11804 |
| 027 - | 6402 | 02132008 | Offender record sent to VINE12707100011 | | 02132008 | NATU | 11804 |
| 028 - | 6403 | 02132008 | Charge record sentto VINE   12707100011 | | 02132008 | NATU | 11804 |
| 029 - | 4343 | 02132008 | TRUE BILL INDCTMNTV0941P2540 | | 1 | 02192008 | KKA1 | 11804 |
| 030 - | 2001 | 02152008 | ARRAIGNMENT SET | | 1 | 02132008 | KKA1 | 11804 |
| 031 - | 0130 | 02152008 | AWTG TRIAL SETTING | | 1 | 02132008 | KKA1 | 11804 |
| 032 - | 4100 | 02262008 | MT TO QUASH INDICTMENT | | 1 | 02272008 | KKC2 | 33213 |
| 033 - | 4100 | 02262008 | MT TO PRODUCE GRAND JURY TESTY OF | | 1 | 02272008 | KKC2 | 33213 |
| 034 - | 4100 | 02262008 | WITNESS CROSS EXAMINATION | | 1 | 02272008 | KKC2 | 33213 |
| 035 - | 4100 | 03072008 | LETTER TO DC COURTFRM DEF | | 1 | 03102008 | KKC2 | 33213 |
| 036 - | 4105 | 03072008 | MOTION IN LIMINI  ENHANCEMENT COUNTS | 1 | 03102008 | KKC2 | 33213 |
| 037 - | 4100 | 03072008 | W/ MT TO QUASH/DISMISS ENHANCEMENT | | 1 | 03102008 | KKC2 | 33213 |
| 038 - | 4100 | 04072008 | MTN FOR DISCV OF  EXCULP & MITIG EVID | 1 | 04082008 | DCH3 | 16155 |
| 039 - | 4100 | 04072008 | MTN FOR DISCV OF  THE ARREST & CONVIC | 1 | 04082008 | DCH3 | 16155 |
| 040 - | 4100 | 04072008 | MTN FOR DISCOVERY | | 1 | 04082008 | DCH3 | 16155 |
| 041 - | 4105 | 04072008 | MOTION IN LIMINI | | 1 | 04082008 | DCH3 | 16155 |
| 042 - | 2011 | 04182008 | TRIAL DATE SET | | 1 | 04102008 | DCH3 | 16155 |
| 043 - | 0104 | 04182008 | AWTG TRIAL | | 1 | 04102008 | DCH3 | 16155 |
| 044 - | 4106 | 04182008 | MOTION FOR CONTIN DEFT | | 1 | 04212008 | DCH3 | 16155 |
| 045 - | 4105 | 04182008 | MOTION IN LIMINI  CONCERN SPEAKNG OBJE | 1 | 04212008 | DCH3 | 16155 |
| 046 - | 4100 | 04182008 | MTN FOR DISCV OF  GRAND JURORS TRANS | 1 | 04212008 | DCH3 | 16155 |
| 047 - | 4100 | 04182008 | DEFT RQST FOR ST'SNTC OF INTENT | | 1 | 04212008 | DCH3 | 16155 |
| 048 - | 4105 | 04182008 | MOTION IN LIMINI  PRIOR CONVICTIONS | 1 | 04212008 | DCH3 | 16155 |
| 049 - | 4100 | 04212008 | MTN W/DRAW AS COUNSEL | | 1 | 04212008 | KF90 | 19186 |
| 050 - | 4300 | 04212008 | OG MTN W/DRAW   V0954P0124 | | 1 | 05062008 | DCH3 | 16155 |
| 051 - | 2502 | 04212008 | DEF ATTORNEY APP  18134500 ED/MASec | 1 | 04212008 | KF90 | 19186 |
| 052 - | 4302 | 04212008 | ATTORNEY APPOINTEDV0954P0123 | | 1 | 05062008 | DCH3 | 16155 |
| 053 - | 4100 | 04292008 | DEFT REQ/DEMAND COPY RECORDINGS ORAL | | 1 | 04292008 | KF90 | 19186 |
| 054 - | 4100 | 04292008 | STATEMNTS ATTRIBUTABLE TO DEFT | | 1 | 04292008 | KF90 | 19186 |
| 055 - | 4100 | 04292008 | MTN DISC EXCULPATORY&MITIGATING EVID | | 1 | 04292008 | KF90 | 19186 |
| 056 - | 4100 | 04292008 | DEFT REQ/DEMAND WRITTEN NTC EVID PROSE | 1 | 04292008 | KF90 | 19186 |
| 057 - | 4100 | 04292008 | CUTION INTENDS OFFER PUNISHMENT PHASE | 1 | 04292008 | KF90 | 19186 |

4301 - REQUEST CERTIFICATE OF APPROVAL
(See GJ - 42)

(Lhaughnessy) Actual Person of interest, Nov 24, 07, City magistrate holding cell area!
Positively identify in a white Judges County Robe OOO

Experiment

Enhanced! Co/defendant 3rd Charge entry - Nov 24, 2007
Enhanced Jan 30, 08 entered not guilty plea to co/def 3rd Due Charge.
Appeared Jan 30, 08

```
058 - 4100 04292008 OF THE TRIAL                         1 04292008 KF90 19186
059 - 4100 04292008 DEFT REQ/DEMAND WRITTEN NTC EVID PROSE1 04292008 KF90 19186
060 - 4100 04292008 CUTION INTENDS OFFER PURSUANT TO RULE 1 04292008 KF90 19186
061 - 4100 04292008 404                                  1 04292008 KF90 19186
062 - 4105 06092008 MOTION IN LIMINI   ENHANCEMENT COUNTS 1 06092008 DCCH 33597
063 - 4100 06092008 MT TO QUASH INDICTMENT PRO SE         1 06092008 DCCH 33597
064 - 2012 07112008 TRIAL DATE RESET                     1 05162008 DCSK 32211
065 - 0104 07112008 AWTG TRIAL                           1 05162008 DCSK 32211
066 - 4100 07112008 ST'S NTC OF INTENT                   1 07102008 DCH3 16155
067 - 0165 07112008 TO BE DISMISSED                      1 08052008 KF90 19186
068 - 0604 08062008 DSMD-DEF CONV OTHR                   1 08062008 DCH3 16155
069 - 4306 08062008 DISMISSAL           V0966P1275       1 08222008 DCH3 16155
070 - 0199 08062008 CASE CLOSED                          1 08062008 DCH3 16155
071 - 2547 08062008 OUTTAKE DA          24048538         1 08062008 DY72 30589
072 - 0210 08062008 CASE DISMISSED                       1 08062008 A1B3 19295
073 - 4100 08262008 MT TO OBTAIN TRANSAND DES OF EXHIBITS 1 08272008 DCMF 33224
074 - 4100 08262008 DC LETTER TO COURT                   1 08272008 DCMF 33224
075 - 4103 09182008 DC FILE TO ARCHIVE                   1 09182008 DCH3 16155
076 - 1110 09192008 RELEASED FROM JAIL                   0 09192008 A1B1 31794
077 - 6402 09192008 Offender record sent to VINE12707100011 09192008 NATU 11804
078 - 0197 02072009 *** JN CLOSED ***                    1 02072009 KBC7 BCIS
                    ***** End of List *****
```

CCA Junist ō

There are several undocumented 290th actual (D)'s court appearance, several of (D)'s actual state court records have been tampered and fabricated to conceal (D)'s Nov 24, 2007, City Magistrate fraudulent charge entry's ⊙⊙⊙ In all Truth, (D) was forced to plea guilty on July 11, 08, or face a questionable (Fraud) Habitual enhancement Life sentence impose by appointed counsel Shaughnessy and Bexan County (DA) Melisa Skinner in retaliation for the dismissal (July 2007) Cause No. 2006-CR-7634, and (D)'s failure to abide to a enforce (45) yr. state plea agreement on false Cause No. 2006-CR-7634 Accusations ⊙⊙⊙

See also, (D) FBE Records (enclosed) PART 2, entry (7) and (8), Cause No. 2000 CR 3253 fraud charge (DWI) information entry without any arrest (DWI) charge incident reports ⊙⊙⊙ that has fraudulently increased (D)'s enhancement punishment ⊙⊙⊙ (D) has suffered a grave injustice due to malice Bexar County prosecution ⊙⊙⊙ (see enclosed f.d.c.f. commitment inquiry.

*Records Provided, by Anonymous bexar County Jail intake Administrate*
*After being falsely Convicted on false fabricated Magistrate Court Charges !*

```
---> USE PF KEYS TO SELECT DESIRED FUNCTION
BEXAR COUNTY                     MAGISTRATE SYSTEM                    09/01/08
   TEXAS                  CITY MAGISTRATE INTAKE INQUIRY               00:00:28

 DPW:        NAME: GUTIERREZ, JOSE ALBERTO              SID: 0534734

 RACE: L.  SEX: M   DOB: 03-09-69   DL#: 011326899   HOME PHONE: 735-6511

 ADDRESS: 01706    KENDALIA            SAN ANTONIO   TX   WK PHONE: 000-6511

 ARRESTING AGENCY: TXSPD00   INTAKE#: 1233940   ASSIGNMENT#: 70904236

 ARR. OFFICER 1: 0582 DECKARD, ROBERT.  ARR OFFICER 2: 0820 WILLIAMS, KENNE

 ARRESTED... - DATE: 11-23-2007 TIME: 1519   OPERATOR: 53     MAGISTRATE
                                                              LOCATION: JL
 INTAKE.... - DATE: 11-23-2007 TIME: 1939   OPERATOR: 53
                                                            MAGISTRATE
 CHARGED.... - DATE: 11-23-2007 TIME: 2049   OPERATOR: 53    DISPOSITION: RL

 MAGISTRATED - DATE:            TIME:         OPERATOR:      JUDGE:
 -----PF1--------PF3--------PF5--------PF6---------PF9------PF12-------
      HELP        MAIN       CHRG-PG    NEXT-INQ    LIST      EXIT
```

*Fraud entry ?*

*All Certified fraudulent City Magistrate Court Records Attached*
*with (1882 241 & 242) Complaint.*

```
---> USE PF KEYS TO SELECT DESIRED FUNCTION
BEXAR COUNTY                     MAGISTRATE SYSTEM                    09/01/08
   TEXAS                  CITY MAGISTRATE CHARGE INQUIRY               00:00:54

 DPW:                                              PAGE: 001 OF: 001
 LN  CHG TICKET /                                                    MAG
 NBR TYP WARRANT#  DATE   CHARGE DESCRIPTION  FINES&COSTS BND-AMOUNT NUMBER DISP
 001 TRF P215511A 071123 0036A  OPERATE MOTOR                              0121
 002 TRF P215511B 071123 0050C  UNKNOWN-DESC                               0121
                       ---> END OF LIST
 ---PF1-------PF3-------PF5-------PF6-------PF7-------PF8-------PF9-------PF12--
    HELP       MAIN      INTK-PG   NEXT-INQ  PREV      NEXT      LIST      EXIT
```

*On Nov 23, 2007, Warrestless Arrest hereby Never received or sign Any traffic Citation notice, Above, or made Any magistrate Commissioner Court Appearance for Any traffic Charge Court Notice. It is my immediate belief that Arrestees questionable open Container became A Nov 24, 2007, Co/defendant Nm 954121 (DWI) Charge, As verified with enclose, Cause No. 2008-CR-11817 bexar County Court (CJES) event Log At entry 006. Due to this verified Abherrent Acts of elected City/State Court official misconduct, (B) has filed A (1882 241 & 242) Charges.*

CONFIRM - (18 U.S.C. § 241 § 242) - CHARGES

DPW:        NAME: GUTIERREZ, JOSE ALBERTO                    SID: 0534734

RACE: L   SEX: M   DOB: 03-09-69   DL#: 011326899   HOME PHONE: 735-6511

ADDRESS: 01706   KENDALIA          SAN ANTONIO     TX   WK PHONE: 000-6511

ARRESTING AGENCY: TXSPD00   INTAKE#: 1233938   ASSIGNMENT#: 70904236   *FRAUS ENTRY*

ARR. OFFICER 1: 0582 DECKARD, ROBERT   ARR OFFICER 2:

ARRESTED... - DATE: 11-23-2007 TIME: 1619   OPERATOR: 54      MAGISTRATE
                                                              LOCATION: JL
INTAKE..... - DATE: 11-23-2007 TIME: 1930   OPERATOR: 54

CHARGED.... - DATE: 11-23-2007 TIME: 1939   OPERATOR: 54      MAGISTRATE
                                                              DISPOSITION: JL
MAGISTRATED - DATE:        TIME:        OPERATOR:      JUDGE:

------PF1------PF3------PF5------PF6------PF9------PF12------
       HELP     MAIN    CHRG-PG  NEXT-INQ   LIST     EXIT

*Arrestee Abducted, under fraudulent City Magistrate Court entries NMAG 954121, Without any Leisure Arrest Warrant Affidavits*

DPW:                                                          PAGE: 001 OF: 001
                                                                    MAG
LN  CHG TICKET /
NBR TYP WARRANT#  DATE  CHARGE DESCRIPTION  FINES&COSTS  BND-AMOUNT NUMBER DISP
001 CLB           071123 540405 DRIVING WHILE           20000.00 954121 CTJB
002 CLB           071123 240452 THEFT-$1500-2           10000.00 954122 CTJB
                  ---> END OF LIST

*No Leisure Magistrate Court Arrest Warrant Affidavits issued for Arrestee false imprisonment & commitment, Nov 24, 2007, into the Bexar County Jail. Verified Bexar County (DA) office retaliated for the dismissal, Cause No. 2006-CR-7634*

------PF1------PF3------PF5------PF6------PF7------PF8------PF9------PF12--
       HELP     MAIN    INT-PG   NEXT-INQ  PREV     NEXT

INTAKE #: 1233938        MAG NO. 954121        CITY: _____
                                               COURT NO: _____
                                               COUNTY/STATE: _____
THE STATE OF TEXAS                             WARRANT NO: _____
COUNTY OF BEXAR                                ASSIGN/CASE NO: _____
                                               ARREST DATE: 20071123
            MAGISTRATE WARNING                 ARREST TIME: 1619
            - - - - - - - - - - - -

BEFORE ME, THE UNDERSIGNED, MAGISTRATE OF BEXAR COUNTY, TEXAS, ON THE ___ DAY
OF **NOV 23 2007**, AT __20:15__ O'CLOCK A.M. /P.M. AT THE MAGISTRATE COURT APPEARED
GUTIERREZ, JOSE ALBERTO   AT WHICH TIME I INFORMED THE ACCUSED OF THE CHARGE
DRIVING WHILE INTOXICATED 3RD
AND OF ANY AFFIDAVIT, COMPLAINT, OR VERIFICATION OF A _WARRANT_ FILED THEREWITH.       FILED AGAINST HIM/HER

THE DEFENDANT WAS INFORMED:
1.  OF HIS/HER RIGHT TO REMAIN SILENT;
2.  OF HIS/HER RIGHT TO RETAIN COUNSEL;
3.  OF HIS/HER RIGHT TO REQUEST THE APPOINTMENT OF COUNSEL IF HE/SHE IS
    INDIGENT AND CAN NOT AFFORD COUNSEL;
4.  THAT HE/SHE WILL BE ALLOWED A REASONABLE TIME AND OPPORTUNITY FOR COUNSEL;
5.  OF HIS/HER RIGHT TO HAVE AN ATTORNEY PRESENT DURING AN INTERVIEW WITH
    PEACE OFFICERS;
6.  OF HIS/HER RIGHT TO TERMINATE AN INTERVIEW AT ANY TIME;
7.  THAT HE/SHE IS NOT REQUIRED TO MAKE ANY STATEMENT;
8.  THAT ANY STATEMENT MADE BY HIM/HER MAY BE USED AGAINST HIM/HER AT TRIAL
    AND IN COURT;
9.  OF HIS/HER RIGHT TO HAVE AN EXAMINING TRIAL;
10. IF FROM A FOREIGN NATION, THE RIGHT TO ACCESS HIS/HER CONSULATE;
11. OF THE PROCEDURES FOR REQUESTING A COURT APPOINTED ATTORNEY
    A.  THAT AN APPLICATION NEEDS TO BE COMPLETED TO DETERMINE IF HE/SHE
        QUALIFIES FOR COURT APPOINTED COUNSEL;
    B.  THAT A CLERK WILL ASSIST HIM/HER IN FILLING OUT THE APPLICATION
    C.  THAT AN AFFIDAVIT NEEDS TO BE SIGNED;
    D.  THAT AN AFFIDAVIT IS A WRITTEN OR PRINTED DECLARATION OR STATEMENT OF
        FACTS MADE VOLUNTARILY AND CONFIRMED BY OATH BEFORE A PERSON HAVING
        AUTHORITY TO ADMINISTER SUCH OATH;
    E.  THAT HE/SHE MUST QUALIFY FOR COURT APPOINTED COUNSEL;
    F.  THAT IF HE/SHE MEETS INDIGENCE STANDARDS HE/SHE WILL QUALIFY FOR COURT
        APPOINTED COUNSEL;
    G.  UPON QUALIFICATION PRETRIAL SERVICES WILL PROVIDE THE NAME AND PHONE
        NUMBER OF THE ATTORNEY; AND
    H.  THAT COURT APPOINTED COUNSEL SHOULD CONTACT HIM/HER BY THE END OF THE
        FIRST WORKING DAY AFTER APPOINTMENT.

THE MAGISTRATE ASKED WHETHER THE PERSON WANTS TO REQUEST APPOINTED COUNSEL.
THE ACCUSED DOES / DOES NOT WANT TO REQUEST COURT APPOINTED COUNSEL.

_____ YOU ARE REMANDED WITHOUT BOND.

BOND SET: $ _20,000.00_ ℳ

WARNING RECEIVED. (THIS IS NOT AN ADMISSION OF GUILT)

MAGISTRATE / DATE        NOV 23 2007        ACCUSED / DATE        NOV 23 2007

(1882418242) Charges:

_Att. Perjury_; _State Official Oppression_;
_Att. Forgery_; _Att. Abduction_;
_Identity theft_; _(8TH) and (14TH) Violations_;
_Att. Conspiracy_; _Abuse of office & Authority_;
_Securing and executing fraudulent certified City/State Court Records_;

[handwritten left margin, rotated:] Arrestee Alberto Never making Body Magistrate Court Appearance — Nov 23 2007 @ ① Magistrate Judge 2 Waived in a Holding Cell ① Refused to On-duty Magistrate Judge to Speak to

[handwritten right margin, rotated:] EXHIBIT (AA) (1) Subsection (a) Forces City Magistrate Court Warrant, w/ Verified FBI CJIS Fingerprint Records, Part 5, Entry 16 and 17

⑥

INTAKE #: 1233938                    MAG NO. 954122          CITY: _____
                                                        COURT NO: _____
THE STATE OF TEXAS                                   COUNTY/STATE: _____
COUNTY OF BEXAR                                        WARRANT NO: _____
                                                   ASSIGN/CASE NO: _____
                                                      ARREST DATE: 20071123
                    MAGISTRATE WARNING                ARREST TIME: 1619
                    - - - - - - - - - - - - - -

BEFORE ME, THE UNDERSIGNED MAGISTRATE OF BEXAR COUNTY, TEXAS, ON THE ___ DAY
OF **NOV 23 2007**, AT 20:15 O'CLOCK A.M./P.M. AT THE MAGISTRATE COURT APPEARED
GUTIERREZ, JOSE ALBERTO    AT WHICH TIME I INFORMED THE ACCUSED OF THE CHARGE
THEFT-$1500-20K-VEH
AND OF ANY AFFIDAVIT, COMPLAINT, OR VERIFICATION OF A WARRANT FILED THEREWITH.

THE DEFENDANT WAS INFORMED:
1.   OF HIS/HER RIGHT TO REMAIN SILENT;
2.   OF HIS/HER RIGHT TO RETAIN COUNSEL;
3.   OF HIS/HER RIGHT TO REQUEST THE APPOINTMENT OF COUNSEL IF HE/SHE IS
     INDIGENT AND CAN NOT AFFORD COUNSEL;
4.   THAT HE/SHE WILL BE ALLOWED A REASONABLE TIME AND OPPORTUNITY FOR COUNSEL;
5.   OF HIS/HER RIGHT TO HAVE AN ATTORNEY PRESENT DURING AN INTERVIEW WITH
     PEACE OFFICERS;
6.   OF HIS/HER RIGHT TO TERMINATE AN INTERVIEW AT ANY TIME;
7.   THAT HE/SHE IS NOT REQUIRED TO MAKE ANY STATEMENT;
8.   THAT ANY STATEMENT MADE BY HIM/HER MAY BE USED AGAINST HIM/HER AT TRIAL
     AND IN COURT;
9.   OF HIS/HER RIGHT TO HAVE AN EXAMINING TRIAL;
10.  IF FROM A FOREIGN NATION, THE RIGHT TO ACCESS HIS/HER CONSULATE;
11.  OF THE PROCEDURES FOR REQUESTING A COURT APPOINTED ATTORNEY
     A.   THAT AN APPLICATION NEEDS TO BE COMPLETED TO DETERMINE IF HE/SHE
          QUALIFIES FOR COURT APPOINTED COUNSEL;
     B.   THAT A CLERK WILL ASSIST HIM/HER IN FILLING OUT THE APPLICATION
     C.   THAT AN AFFIDAVIT NEEDS TO BE SIGNED;
     D.   THAT AN AFFIDAVIT IS A WRITTEN OR PRINTED DECLARATION OR STATEMENT OF
          FACTS MADE VOLUNTARILY AND CONFIRMED BY OATH BEORE A PERSON HAVING
          AUTHORITY TO ADMINISTER SUCH OATH;
     E.   THAT HE/SHE MUST QUALIFY FOR COURT APPOINTED COUNSEL;
     F.   THAT IF HE/SHE MEETS INDIGENCE STANDARDS HE/SHE WILL QUALIFY FOR COURT
          APPOINTED COUNSEL;
     G.   UPON QUALIFICATION PRETRIAL SERVICES WILL PROVIDE THE NAME AND PHONE
          NUMBER OF THE ATTORNEY; AND
     H.   THAT COURT APPOINTED COUNSEL SHOULD CONTACT HIM/HER BY THE END OF THE
          FIRST WORKING DAY AFTER APPOINTMENT.

THE MAGISTRATE ASKED WHETHER THE PERSON WANTS TO REQUEST APPOINTED COUNSEL.
THE ACCUSED (DOES) DOES NOT WANT TO REQUEST COURT APPOINTED COUNSEL.

_____ YOU ARE REMANDED WITHOUT BOND.

BOND SET: $ 10,000.00

WARNING RECEIVED, (THIS IS NOT AN ADMISSION OF GUILT.)

MAGISTRATE / DATE    **NOV 23 2007**        ACCUSED / DATE       **NOV 23 2007**

Ⓡ Securing execution of State Court gov't Records by
Deception — Sec 32.46
Ⓡ Breach of Computer Security — Sec 33.02, fraud Charge entries 0.00



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306

March 20, 2012

Mr. Jose A. Gutierrez, C-201-B
#1523604 Stevenson
1525 FM 766
Cueno, TX 77954

Dear Mr. Gutierrez:

Reference is made to your request for a copy of your criminal history record.

Pursuant to U.S. Department of Justice Order 556-73, your fingerprints were searched through the FBI's Criminal Justice Information Services (CJIS) Division Criminal File. The results are enclosed. _See Part 5, entry 16 and 17._

The FBI's CJIS Division serves as the nation's central repository for identification and criminal history record information functions and maintains resultant records based on fingerprint submissions and related documents from authorized criminal justice agencies at or near the time of arrest and/or confinement. As the custodian of arrest information, the FBI's CJIS Division does not have the authority to effect any modification unless specifically notified to do so by the owner of the information.

A review of your FBI identification record reveals that all arrest data was submitted by agencies from the state of Texas. Therefore, it would be necessary for you to contact the Texas Department of Public Safety, Post Office Box 4143, Austin, Texas 78765-4143, telephone (512) 424-2524, for possible assistance.

Your enclosure is returned, as requested. However, the fingerprint card will be destroyed.

_⊗ As of 04/14/15, preparing to file a warranted -(18 U.S.C. 241 & 242)- Federal Complaint with U.S. dept - of Justice Civil rights (OCR) J.H. - Fishman ⊙⊙⊙_

Sincerely yours,

_Joseph W. Sensibaugh/mc_

Joseph W. Sensibaugh
Acting Section Chief
Biometric Services Section
Criminal Justice Information
Services Division

Enclosures (2)

DC000000Z
PART 5

ICN ISIS0002000020445317

- FBI IDENTIFICATION RECORD - FBI NO-853779EB7

16-ARRESTED OR RECEIVED 2007/11/23  SID-TX05375445
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-910308437  *Falsified deceptive (S.A.P.D) case report!*
      CHARGE 1-DRIVING WHILE INTOXICATED 3RD OR MORE *"NO EVIDENCE OR CHARGES"*
      CHARGE 2-THEFT >=$1,500 <$20K

   COURT-290TH DISTRICT COURT SAN ANTONIO (TX015185J)
      CHARGE-DRIVING WHILE INTOXICATED 3RD OR MORE PC 49.09(B)
      FELONY-3RD DEGREE
      SENTENCE-
      2008-08-06 CONVICTED, PLEAD GUILTY, TME-20Y FNE-2000 CST-0456
      RESTITUTION 2008-08-26 CONVICTED - APPEAL PENDING APPEAL
      2009-02-20 CONVICTED - APPEAL PENDING, FINAL PLEADING GUILTY,
      APPEAL DISMISSED, TRANSFERRED TO ANOTHER AGENCY, AFFIRMED
      CHARGE-THEFT $1500 TO $20,000-VEHICLE FELONY-STATE JAIL FELONY PC
      31.03(E)(4)(A)
      SENTENCE-
      PROSECUTOR HAS REJECTED THE CHARGE WITHOUT PRE-TRIAL DIVERSION
      8-6-08 DSMD-DEF CONV OTHR FELONY-STATE JAIL FELONY, NO COURT DATA
      AVAILABLE

*Lie July 11, 08 290th Trial Court Records OCO*

17-ARRESTED OR RECEIVED 2007/11/24  SID-TX05375445
   AGENCY-DOCJ-BYRD UNIT HUNTSVILLE (TX236065C) *Questionable, Computer terminal #?*
      AGENCY CASE-01177492 *Falsely Re-committed (Strawman) under*
      CHARGE 1-DWI *Petitioner old active (T.D.C.J) Number #1177492 to*

   PHOTO INFORMATION
   17-ONE PHOTOS AVAILABLE

   RECORD UPDATED 2012/03/12

*Avoid (Region 4) Parole Authorities detection of Bexar County Jail (Nov 24, 2007) False imprisonment Commitment And Abduction Under Fraudulent bogus sham NM 954121 City magistrate DWI charges. Coincidence? Very unlikely! Abducted in Retaliation for the dismissal of Cause No. (2006-CR-7634) July 2007 And failure to Abide! And Accept (45) year State of texas plea bargin! Verified City of San Antonio magistrate and Bexar County Court official Abhorrent misconduct In violation (4th, 5th, 6th, 8th 14th) U.S.C.A.*

*False Imprisonment As of Nov 23, 2007.*

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z
PART 4

ICN ISIS0002000020445317

- FBI IDENTIFICATION RECORD - FBI NO-853779EB7

12-ARRESTED OR RECEIVED 2003/07/24   SID- TX05375445
    AGENCY-DOCJ-GARZA WEST UNIT BEEVILLE (TX013015C)
     AGENCY CASE-1177492
      CHARGE 1-DWI (1)

     *Prior f.d.c.j #1177492, falsely used At part 5, entry 17 f.d.c.j Commitment, boyd Unit, NOV24, 2007, Saturday.*

      COURT-
       CHARGE-DWI (1)   *ERRONEOUS Felony 3RD DEGREE Charge!*
       SENTENCE-
       5 YRS

13-ARRESTED OR RECEIVED 2005/08/25   SID- TX05375445
    AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-9102068869
      CHARGE 1-FAIL TO IDENTIFY FUGITIVE INTENT GIVE FALSE INFO

      COURT-CO CRIM DIST COURT SAN ANTONIO (TX015123J)
       CHARGE-FAIL TO ID FUGITIVE INTENT GIVE FALSE INFO PC 38.02(D)(1)
       MISDEMEANOR-CLASS A
       SENTENCE-
       2005-09-06 CONVICTED, NO CONTEST OR NOLO CONTENDERE, TME-25D
       FNE-0500 CST-0271

14-ARRESTED OR RECEIVED 2006/05/17   SID- TX05375445
    AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-9102379902 NAME USED-GUTIERREZ,JOSEPH
      CHARGE 1-RETALIATION

      COURT-
       CHARGE-OBSTRUCTION OR RETALIATION PC 36.06(C) FELONY-3RD DEGREE
       SENTENCE-
       DSMD-INSF EVIDENCE, NO COURT DATA AVAILABLE

15-ARRESTED OR RECEIVED 2006/06/26   SID- TX05375445
    AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-9102431270
      CHARGE 1-AGG ASSLT W/DEADLY WEAPON

      COURT-227TH DISTRICT CRT SAN ANTONIO (TX015145J)
       CHARGE-AGG ASSLT W/DEADLY WEAPON PC 22.02(A)(2) FELONY-3RD DEGREE
       SENTENCE-
       2007-07-03 DISMISSED, CAUSE #2006CR7634  *(Bexar County DA) office Retaliates And files fraudulent Bexar County Rubber Stamp indictment, Cause No. 2008-CR-1186 (DWI) (Habitual). No Criminal Complaints or PreLiminary Magistrate Court Hearing Occured, Abducted (Nov 24, 2007) city of San Antonio Magistrate Courts.*

END OF PART 4 - PART 5 TO FOLLOW

⑱

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000000Z                                    ICN ISIS0002000020445317
PART 3

- FBI IDENTIFICATION RECORD - FBI NO-853779EB7

9-ARRESTED OR RECEIVED 2002/01/14  SID- TX05375445
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-9024173531
      CHARGE 1-CRIMINAL TRESPASS - HABITATION/SHELTER CENTER

   COURT-CO COURT AT LAW 2 SAN ANTONIO (TX015033J)
      CHARGE-CRIMINAL TRESPASS - HABITATION/SHELTER CENTER PC 30.05(A)
      MISDEMEANOR-CLASS A
      SENTENCE-
      2002-02-14 CONVICTED, FINAL PLEADING GUILTY, TME-60D FNE-0500
      CST-0271, CAUSE #806703

10-ARRESTED OR RECEIVED 2002/12/26  SID- TX05375445
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-9024508657
      CHARGE 1-THEFT >=$50<$500

   COURT-BEXAR CO CRT 11 SAN ANTONIO (TX015203J)
      CHARGE-THEFT PROP>=$50 < $500 PC 31.03(E)(2)(AI) MISDEMEANOR-CLASS
      B
      SENTENCE-
      2003-06-13 CONVICTED, NO CONTEST OR NOLO CONTENDERE, TME-6M
      FNE-0500 CST-0331, CAUSE #838375

11-ARRESTED OR RECEIVED 2003/01/26  SID- TX05375445     *2ND (DWI) Charge!*
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)     *Misdemeanor offence*
      AGENCY CASE-9024537401
      CHARGE 1-DRIVING WHILE INTOXICATED 3RD OR MORE

   COURT-399TH DIST CRT SAN ANTONIO (TX015225J)
      CHARGE-DRIVING WHILE INTOXICATED 3RD OR MORE PC 49.09(B)
      FELONY-3RD DEGREE
      SENTENCE-
      2003-06-05 CONVICTED, NO CONTEST OR NOLO CONTENDERE, TME-5Y
      FNE-1000 CST-0293, CAUSE #2003CR4123W     *W- Questionable fallacious entry,*
                                                 *No writs filed!*

END OF PART 3 - PART 4 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000000Z                                  ICN ISIS0002000020445317
PART 2

- FBI IDENTIFICATION RECORD - FBI NO-853779EB7

4-ARRESTED OR RECEIVED 1997/09/06  SID- TX05375445
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-303084
      CHARGE 1-ASSLT BODILY INJ MARR

      COURT-
      CHARGE-ASLT BODILY INJ-MARR
      SENTENCE-
      D/M W/PLEA IN 672820

5-ARRESTED OR RECEIVED 1998/09/18  SID- TX05375445
   AGENCY-STATE JAIL-DOMINGUEZ SAN ANTONIO (TX015015C)
      AGENCY CASE-839923
      CHARGE 1-UUMV-1

      COURT-
      CHARGE-UUMV-1
      SENTENCE-
      5 YRS PROB/1 YR SJ

6-ARRESTED OR RECEIVED 1999/03/20  SID- TX05375445
   AGENCY-DEPT PUBLIC SAFETY AUSTIN (TX0000000)
      AGENCY CASE-9023258894
      CHARGE 1-TERRORISTIC THREAT

7-ARRESTED OR RECEIVED 2000/03/25  SID- TX05375445
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-9023584724
      CHARGE 1-UNAUTH USE OF VEHICLE

      COURT-187TH DISTRICT COURT SAN ANTONIO (TX015125J)
      CHARGE-UNAUTH USE OF VEHICLE PC 31.07 FELONY-STATE JAIL FELONY
      SENTENCE-
      2000-03-25 DISMISSED, CAUSE #2000CR3233

8-ARRESTED OR RECEIVED 2000/11/10  SID- TX05375445
   AGENCY-DOCJ-GARZA WEST UNIT BEEVILLE (TX013015C)
      AGENCY CASE-1009373
      CHARGE 1-DWI (1)

      COURT-
      CHARGE-DWI (1)
      SENTENCE-
      2 YRS

*Handwritten annotations:* Questionable Bexar County (DA) falsified (DWI) Changes No. 2000-CR-3253 (DWI)? No arrest info or Evidence! " NO EVIDENCE OR Changes 2000/03/25! " FALSE IMPRISONMENT"!

END OF PART 2 - PART 3 TO FOLLOW



UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                                    ICN ISIS0002000020445317

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
- FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                                  FBI NO.        DATE REQUESTED
GUTIERREZ,JOSE ALBERTO                853779EB7      2012/03/12

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR
M     W      1969/03/19   511      200      BRO    BLK

BIRTH PLACE
TEXAS

FINGERPRINT CLASS      PATTERN CLASS                    CITIZENSHIP
PO DI 16 PO 11         UC UC UC UC UC UC UP UP UP UC    UNITED STATES
16 DO PI 19 19         UC UC UC UC UC UC UP UP UP UC
                       UC UC UC UC UC UC UP UP UP UC

1-ARRESTED OR RECEIVED 1996/12/07  SID- TX05375445
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)          1st (DWI) Charge
      AGENCY CASE-303084 NAME USED-GUTIERREZ,JOSIE
      CHARGE 1-DWI-OPEN CAN

2-ARRESTED OR RECEIVED 1997/02/04  SID- TX05375445
   AGENCY-SHERIFF'S OFFICE SAN ANTONIO (TX0150000)
      AGENCY CASE-BCSO250859
      CHARGE 1-UNAUTHORIZED USE VEHICLE

   COURT-
      CHARGE-UNAUTHORIZED USE VEHICLE
      SENTENCE-
      6-6-97 JUDGEMENT DEF

3-ARRESTED OR RECEIVED 1997/08/31  SID- TX05375445
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-303084
      CHARGE 1-ASLT BOD INJ-MARR

END OF PART 1 - PART 2 TO FOLLOW





UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000000Z                                    ICN ISIS0002000020445317

THE FOLLOWING FBI IDENTIFICATION RECORD FOR 853779EB7 IS FURNISHED FOR
OFFICIAL USE ONLY.

DESCRIPTORS ON FILE ARE AS FOLLOWS:

NAME GUTIERREZ,JOSE ALBERTO

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|-----|------|------------|--------|--------|------|------|
| M | W | 1969/03/19 | 511 | 200 | BROWN | BLACK |

BIRTH CITY       BIRTH PLACE
UNREPORTED       TEXAS

CITIZENSHIP
UNITED STATES

PATTERN CLASS
UC UC UC UC UC UC UP UP UP UC
UC UC UC UC UC UC UP UP UP UC
UC UC UC UC UC UC UP UP UP UC

| OTHER BIRTH DATES | SCARS-MARKS-TATTOOS | SOCIAL SECURITY | MISC NUMBERS |
|---|---|---|---|
| 1971/03/09 | SC BACK | 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 | NONE |
| 1969/03/09 | SC ABDOM | | |
| | SC HEAD | | |

ALIAS NAME(S)
GUTIERREZ,JOSE                    GUTIERREZ,JOSE A
GUTIERREZ,JOSE ALBETO            GUTIERREZ,JOSEPH
GUTIERREZ,JOSIE ?

END OF COVER SHEET



UNAUTHORIZED COPY

(14)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
### CLARKSBURG, WV 26306

DC000000Z

ICN ISIS0002000020445317

### UNSWORN DECLARATION
### (28 U.S.C. & 1744)

" I Jose Alberto Gutierrez, A Unlawful Abducted Texas Offender, T.D.C.J # 1523604, that is not Register hereof (CJIS) (FBI) Fingerprint information, As Questionable (09-19-08) T.D.C.J Commitment date, Garza West, Beeville, TX. I Am currently being held Unlawfully on Bexar County (DA), falsified (DWI) criminal charges And Fraudulent, cause No. 2008-CR-1186 indictment. This statement of facts And Verification Are true And correct under penalty of perjury.

Executed on the 19TH day of March 2015.

Respectfully Texas Prisoner
# 1523604 000

At your convenience, Please destroy (Xerox) FBI (CJIS) records immediately After Court of Appeals (28 & 2244 (b)(2)) investigation of Bexar County and City of San Antonio magistrate Court official misconduct & Abduction in violation of (18 & 241 & 242) codes. I.d.e Part 5, entry 16 And 17.

DC000000Z
DO 556-73 REQ
FBI-CJIS-WV
MIH UNIT-SAT II
1000 CUSTER HOLLOW RD
CLARKSBURG, WV 26306

**Scanned Mar 19, 2010** *EXHIBIT* (A)          22 OF 47 / Jm

DATE: 12-03-07          SAN ANTONIO POLICE DEPARTMENT          PAGE ONE
TIME: 1326                 OFFENSE/INCIDENT REPORT          CASE: 70904236/01

OFFENSE DESCRIPTION          LOCATION OF OFFENSE          DATES OF OCCURRENCE
THEFT $1,500 < $20K          BULVERDE RD    MENGER DR          FROM: 11-23-07 1619
                                                                            TO:
REPORTING OFFICER          TYPE PREMISE
0582 DECKARD, ROBERT          STREET/ROAD          WEATHER: COOL / DRY

COMPLAINANT                                    TITLE    RAC SEX ID? DATE-OF-BIRTH
ROSENBERG, AUTHER                                        L    M

ARRESTED PERSON(S)                              RAC SEX  AGE  DATE-OF-BIRTH
GUTIERREZ, JOSE ALBERTO                          H   M   /    03-19-69
ADDR: 01706   KENDALIA          SAN ANTONIO     TX

VEHICLE(S) INVOLVED
VEH: YEAR   MAKE MODEL STYLE
     99/   CHRY  30M   4D

VEHICLE COLOR 1 (SOLID/TOP): MAROON          COLOR 2:
VEHICLE FEATURES: WNDO BROKEN, LOUD MUFFLER, DAMAGE FRNT, DAMAGE REAR
          DAMAGE SIDE, SPECIAL TIRE

DETAILED DESCRIPTION OF OFFENSE
NOTIFIED OF PROVISIONS OF TEXAS CRIME VICTIM ACT:
DISPATCHED TO STATED LOCATION FOR A MAJOR ACCIDENT. UPON ARRIVAL, I
OBSERVED (SPI) PACKING A BLACK DUFFLE BAG AND NEARLY FALL OVER RIGHT FRONT
OF LEFT FOOT AS HE WAS BENDING FORWARD. AS I WAS WALKING OVER TO (SPI)'S
DIRECTION, (WI) STOPPED ME AND TOLD ME THAT (SPI) WAS DRIVING THE VEHICLE
AND HE APPEARS TO BE VERY VERY DRUNK. AS (SPI) TURNED TO LOOK AT ME, IT
APPEARED AS IF HE WAS GOING TO TRY AND RUN SINCE HE WAS LOOKING AROUND IN
ALL DIRECTIONS AND WAS BACKING UP. (SPI) ALSO APPEARED TO BE VERY NERVOUS.
I IMMEDIATELY DETAINED (SPI) UNTIL FURTHER INVESTIGATIONS COULD BE
COMPLETED. I ASKED (SPI) WHAT HAPPENED THIS AFTERNOON AND HE STATED "WELL,
I CRASHED THE CAR." I CONDUCTED AN INQUIRY INTO THE HIS HISTORY OF (SPVI)
VIA THE LAPTOP. THIS REVEALED TO ME THAT (SPI) HAD BEEN REPORTED STOLEN
BY THE OWNER. (SPI) AT THAT POINT WAS PLACED UNDER ARREST SINCE HE WAS IN
POSSESSION OF (SPVI). I ASKED (API) IF HE HAD BEEN DRINKING TODAY AND (API)
STATED "YEAH, I'VE HAD A COUPLE". (API) AGREED TO LET ME CHECK HIS EYES;
THEREFORE I PERFORMED THE HGN TEST AND OBSERVED 6 OF 6 CLUES. DUE TO
(API)'S IMMEDIATE DETENTION NO FURTHER TESTS WERE CONDUCTED. I COUDUCTED
A SEARCH OF (API)'S PERSON AND FOUND IN HIS FRONT LEFT POCKET A STRAW LIKE
PLASTIC NOZZLE. SINCE THIS SEEMED ODD, I PLACED (API) IN MY PATROL VEHICLE
AND CONDUCTED A SEARCH OF (SPVI).
     I FOUND (1) FIVE LITER MINI KEG OF HEINIEKEN WHICH HAD BEEN TAPPED BY THE
PLASTIC STRAW NOZZLE. I FOUND ON (API)'S PERSON AND WAS COLD TO THE TOUCH
AND HALF EMPTIED. (1) KALIMA 12 OZ BOTTLE UNOPENED, (1) CORONA 12 OZ BOTTLE
UNOPENED, (1) EMPTY BUDLIGHT CAN, AND (1) UNOPENED BUDLIGHT CAN.
     I CONDUCTED AN INQUIRY INTO BACKGROUND OF (API) VIA THE LAPTOP WHICH
REVEALED TO ME THAT (API) HAS BEEN CONVICTED OF DWI THREE TIMES AND HAD AN
EXPIRED DRIVERS LICENSE SINCE 1993. (API) WAS READ THE DIC-24 AND SAPD FORM
66-E. (API) WAS TRANSPORTED TO 401 S. FRIO. ONCE AT 401 S. FRIO, (API)
WALKED INTO THE ASAP ROOM AND STATED "I'VE BEEN HERE BEFORE AND I REFUSE
EVERYTHING". (API) WAS THEN PLACED IN A HOLDING CELL TO BE MAGISTRATED.
(SPVI) WAS TOWED TO GROWDEN POUPAGE 01          WING AND PROCESSED BY AN

7 904234/01

Graphic Technology Corporation, 1990.

**Scanned Mar 19, 2010**

EXHIBIT
(A)

23 of 41 / JAG

(16)

DATE: 12-03-07　　SAN ANTONIO POLICE DEPARTMENT　　CASE: 70904236/01
TIME: 1326　　　　　OFFENSE/INCIDENT REPORT

EVIDENCE TECH. (API) WAS ISSUED TRAFFIC CITATIONS FOR NO OPERATOR'S LICENSE
AND OPEN CONTAINER.

① Blck duffle bag containing my personal items (i.e. wallet 1,500, clothing, pre-paid cell-phone, Tex I.D. SSI card), cologne, eyeglasses were never inventory or located after my warrantless arrest;

② Never advice by any S.A.P.D. officer of DWI accusation charges or provided any Romberg field sobriety tests;

③ Never provided medical attention at the city magistrate, after re-injuring (1991) back surgery;

④ Requested effective of assistance of counsel to be provided;

⑤ Never signed or received any traffic citations or Appearance Court documents;

⑥ Never made any initial magistrate court commissioner Judge Appearance for Criminal Charge or Bond Hearing Notice;

⑦ Fraudulent NMAA 954121 and NMAA 954122 were entered into the Bexar County Criminal Justice Court System, NOV 24, 07 without any sworn affiant probable cause or Criminal complaint charges;

PAGE 02

⑧ Abducted under fraudulent NMAA charges and placed in the Bexar County Jail, NOV 24, 2007 ⊙ ⊙ ⊙

70 904234/01

⑨ 69 mos. of False imprisonment / in Absolute retaliation for the dismissal, cause no. 2006-CR-7634, And failure to abide to & enforce (45) yr. State Plea Agreement on false charge accusations.

For the record, this Actual police offense/incident report has been Altered to (7-0904236) State Arrest Charge and Placed in Offenders # 1523604, Parole File 000

NO. *Not Set.*

| TEXAS DEPARTMENT OF | § | IN AND BEFORE |
|---|---|---|
| PUBLIC SAFETY | § | |
| | § | THE STATE OFFICE OF |
| VS. | § | ADMINISTRATIVE HEARINGS, |
| *Jose A. Gutierrez* | § | |
| | § | SAN ANTONIO, TEXAS |
| | § | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION AND REQUEST FOR PRODUCTION FROM DEFENDANT

TO: *Jose A. Gutierrez* # T. D. L. # 11326899

FROM: AMAVELI LERMA, Attorney for Plaintiff

COMES NOW, Plaintiff, the Texas Department of Public Safety, and files this, Plaintiff's Response to Defendant's Request for Production of Documents.

### ENCLOSED ARE THE FOLLOWING DOCUMENTS:

☐ Peace Officer's Sworn Report      *No Sworn*      ☐ Blood Test Results

☐ DWI Statutory Warning    *Dic 23, 24, 25*    ☐ Certified Driving Record

☐ Notice of Suspension      *Filed !*      ☐ Case/Offense Report

☐ Breath Test Results      ☐ Affidavit of Translation

☐ Technical Supervisor Affidavit      ☐ This is a Supplemental Answer

☒ Maintenance records and/or repair records are not in the Department's possession. The Department does not intend to supplement these documents.

☒ At this time, no documents relating to the above defendant's arrest are in the Department's A.L.R. file. The Department will supplement this answer when those documents become available. *No Sworn Dic 23, 24, 25 or Supplement Answer — # T.D.L # 11326899*

### Department's Request for Discovery

At this time the Department requests copies of relevant documents and/or items in Defendant's possession, including but not limited to: Evidence that original hearing request was properly and timely filed, written statements, signed subpoena returns, and video or audio tapes. Additionally, the Department requests that Defendant be present at the hearing and be prepared to testify.

*① Never supplement, since No (DWZ) charges were ever filed or administer by any sworn, City magistrate or County district Attorney ①*

AMAVELI LERMA
Texas Department of Public Safety
6502 S. New Braunfels
San Antonio, Texas 78223
(210) 531-4300  FAX (210) 531-4306

*last (known) address on record*

### CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on ___ the documents above have been sent via fax to ___ . The number of pages in total is ___ .

*No (DWZ) charges sworn or administer ①*